```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Paola D. Vera, Esq.
Cabanillas & Associates, P.C
120 Bloomingdale RD, Suite 400
White Plains, NY 10605

Case No.: 20-18560

Chapter: 13

In Re:

Miguel A. Perez-Fleitas

Adv. No.: 

Hearing Date: 09/23/2020

Judge: SLM

## CERTIFICATION OF SERVICE

1. I, __Madelyn Soliman__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Paola D. Vera, Esq__, who represents __Miguel A. Perez-Fleitas__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __09/02/2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Amended Schedule Official Form 109E/F
   Amended Chapter 13 Plans and Motions

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 09/02/2020

/s/Madelyn Soliman
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Miguel A. Perez-Fleitas<br>1125 Monmouth Ave<br>Linden, NJ 07036 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie Ann Greenberg<br>302 Bridges Rd # 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esquire<br>KML Law Group, P.C<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One<br>Attn: Bankruptcy<br>PO BOX 30285<br>Salt Lake City, UT 84130 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cenlar<br>Attn: Bankruptcy<br>PO BOX 77404<br>Ewing, NJ 08628 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Citibank/ The Home Depot<br>Citicorp Credit Srvs/ Centralized Bk Dept<br>PO BOX 790034<br>St Louis, MO 63179 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Credence Resource Management, LLC<br>17000 Dallas Parkway<br>Suite 204<br>Dallas, TX 75248 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover Financial<br>Attn: Bankruptcy<br>PO BOX 3025<br>New Albany, OH 43054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Enhanced Recovery Corp<br>Attn: Bankruptcy<br>8014 Bayberry Road<br>Jackonsville, FL 32256 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| M&T Bank<br>95 Madison Ave<br>New York, NY 10016 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kellie T Hannum C/O Department Store National Bank/Macy's Attn: Bankruptcy 9111 Duke Boulevard Mason, OH 45040 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Midland Fund Attn: Bankruptcy 350 Camino De la Reine Ste 100 San Diego, CA 92108 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| NJ Family Support Center PO BOX 4880 NJ 08660 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Santander Consumer Usa Attn: Bankruptcy 10-64-38-Fd7 601 Penn St Reading, PA 19601 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Savit Collection Agency Attn: Bankruptcy PO BOX 250 East Brunswick, NJ 08816 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Synchrony Bank/ Lowes<br>Attn: Bankruptcy<br>PO BOX 965060<br>Orlando, FL 32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Synchrony Bank/ TJX<br>Attn: Bnakruptcy<br>PO BOX 960064<br>Orlando, FL 32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Yamaha Financial Services<br>Attn: Bankruptcy<br>6555 Katella Ave<br>Cypress, CA 90630 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Yanifer Alicea<br>1327 Virginia Street<br>Elizabeth, NJ 07208 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16