Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20–18560–SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Miguel A Perez–Fleitas
1125 Monmouth Ave
Linden, NJ 07036

Social Security No.:
xxx–xx–4880

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 07/15/2020 and a confirmation hearing on such Plan has been scheduled for 09/23/2020.

The debtor filed a Modified Plan on 09/02/2020 and a confirmation hearing on the Modified Plan is scheduled for 10/14/2020. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: September 2, 2020
JAN: sjp

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                          Case No. 20-18560-SLM
Miguel A Perez-Fleitas                                          Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin              Page 1 of 2              Date Rcvd: Sep 02, 2020
                               Form ID: 186             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2020.
db             +Miguel A Perez-Fleitas,    1125 Monmouth Ave,    Linden, NJ 07036-2021
518896366      +Cenlar,    Attn: Bankruptcy,    Po Box 77404,    Ewing, NJ 08628-6404
518896367      +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bk dept,    Po Box 790034,
                 St Louis, MO 63179-0034
518896371      +Kellie T Hannum C/O,    Department Store National Bank/Macy's,    Attn: Bankruptcy,
                 9111 Duke Boulevard,    Mason, OH 45040-8999
518904806      +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
518896372      +Midland Fund,    Attn: Bankruptcy,    350 Camino De La Reine Ste 100,    San Diego, CA 92108-3007
518896373      +Santander Consumer USA,    Attn: Bankruptcy,    10-64-38-Fd7 601 Penn St,
                 Reading, PA 19601-3544
518896377      +Yamaha Financial Services,    Attn: Bankruptcy,    6555 Katella Ave,    Cypress, CA 90630-5101
518896378      +Yenifer Alicea,    1327 Virginia Street,    Elizabeth, NJ 07208-2839

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 03 2020 00:43:14      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 03 2020 00:43:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518896365      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 03 2020 00:45:47      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518907328      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 03 2020 00:56:22
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518897501      +E-mail/Text: bankruptcy@cavps.com Sep 03 2020 00:43:29      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518896368      +E-mail/Text: bankruptcy@credencerm.com Sep 03 2020 00:43:42
                 Credence Resource Management, LLC,    17000 Dallas Parkway,    Suite 204,
                 Dallas, TX 75248-1940
518938673       E-mail/Text: bnc-quantum@quantum3group.com Sep 03 2020 00:43:08
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
518902294       E-mail/Text: mrdiscen@discover.com Sep 03 2020 00:42:28      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
518896369      +E-mail/Text: mrdiscen@discover.com Sep 03 2020 00:42:28      Discover Financial,
                 Attn: Bankruptcy,    Po Box 3025,    New Albany, OH 43054-3025
518896370      +E-mail/Text: bknotice@ercbpo.com Sep 03 2020 00:43:18      Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
518920515       E-mail/Text: bnc-quantum@quantum3group.com Sep 03 2020 00:43:08
                 Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                 Kirkland, WA 98083-0788
518896374      +E-mail/Text: bankruptcy@savit.com Sep 03 2020 00:43:51      SaVit Collection Agency,
                 Attn: Bankruptcy,    Po Box 250,    East Brunswick, NJ 08816-0250
518896791      +E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2020 00:44:56      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518896375      +E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2020 00:44:20      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518896376      +E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2020 00:44:56      Synchrony Bank/TJX,
                 Attn: Bankruptcy,    Po Box 965064,    Orlando, FL 32896-5064
518904952      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 03 2020 00:56:23      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518946931        Nj Family Support Center,    PO BOX 4880,    NJ 08660
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                               Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Sep 02, 2020
                              Form ID: 186             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Manufacturers and Traders Trust Company, a/k/a M&T
               Bank, successor by merger with Hudson City Savings Bank dcarlon@kmllawgroup.com,
                bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Paola D. Vera    on behalf of Debtor Miguel A Perez-Fleitas pvera@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```