UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

 Miguel A Perez-Fleitas

Case No.:    _____20-18560-SLM_____

Chapter:    _____13_____

Judge:    _____Meisel_____

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: __Paola D. Vera_____

This will confirm that on _____09/02/2020_____ the following document(s) was filed by you.

☒    Amendment to Schedule(s) _E/F_____,

☐    Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☐    Declaration About an Individual Debtor's Schedules (106 Declaration)

☒    An updated Summary of Your Assets and Liabilities and Certain Statistical Information
(106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐    Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐    An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary)
[Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date
of this notice.

Dated: _09/02/2020_____    Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 20-18560-SLM
Miguel A Perez-Fleitas                                                          Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Sep 02, 2020
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2020.
db              +Miguel A Perez-Fleitas,    1125 Monmouth Ave,    Linden, NJ 07036-2021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Manufacturers and Traders Trust Company, a/k/a M&T
          Bank, successor by merger with Hudson City Savings Bank dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Paola D. Vera    on behalf of Debtor Miguel A Perez-Fleitas pvera@cabanillaslaw.com,
          bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4