Certificate Number: 05781-NJ-DE-034928244

Bankruptcy Case Number: 20-18560



05781-NJ-DE-034928244

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 29, 2020, at 1:03 o'clock AM PDT, Miguel Perez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   September 29, 2020         By:   /s/Allison M Geving

                                  Name: Allison M Geving

                                  Title: President