Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  20−18560−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Miguel A Perez−Fleitas
    1125 Monmouth Ave
    Linden, NJ 07036

Social Security No.:
    xxx−xx−4880

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

        NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/6/20.

        Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

        This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 6, 2020
JAN: rah

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Miguel A Perez-Fleitas  
    Debtor(s)

Case No. 20-18560-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 3
Date Rcvd: Nov 06, 2020 | Form ID: 148 | Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Miguel A Perez-Fleitas, 1125 Monmouth Ave, Linden, NJ 07036-2021 |
| 518896366 | + | Cenlar, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628-6404 |
| 518957185 | + | Cenlar FSB, Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 518896371 | + | Kellie T Hannum C/O, Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040-8999 |
| 518904806 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518896372 | + | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 518896373 | + | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 518896377 | + | Yamaha Financial Services, Attn: Bankruptcy, 6555 Katella Ave, Cypress, CA 90630-5101 |
| 518896378 | + | Yenifer Alicea, 1327 Virginia Street, Elizabeth, NJ 07208-2839 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 06 2020 21:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 06 2020 21:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518896365 | + | EDI: CAPITALONE.COM | Nov 07 2020 01:58:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518907328 | + | EDI: AIS.COM | Nov 07 2020 01:58:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518897501 | + | Email/Text: bankruptcy@cavps.com | Nov 06 2020 21:34:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518896367 | + | EDI: CITICORP.COM | Nov 07 2020 01:58:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518896368 | + | Email/Text: bankruptcy@credencerm.com | Nov 06 2020 21:35:00 | Credence Resource Management, LLC, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 518938673 | | EDI: Q3G.COM | Nov 07 2020 01:58:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518902294 | | EDI: DISCOVER.COM | Nov 07 2020 01:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518896369 | + | EDI: DISCOVER.COM | Nov 07 2020 01:58:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 518896370 | + | Email/Text: bknotice@ercbpo.com | Nov 06 2020 21:34:00 | Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 518955364 | | EDI: PRA.COM | Nov 07 2020 01:58:00 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: Nov 06, 2020 | Form ID: 148 | Total Noticed: 28

| 518920515 | EDI: Q3G.COM | | |
|---|---|---|---|
| | | Nov 07 2020 01:58:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518896374 | + Email/Text: bankruptcy@savit.com | | |
| | | Nov 06 2020 21:35:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518896791 | + EDI: RMSC.COM | | |
| | | Nov 07 2020 01:58:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518896375 | + EDI: RMSC.COM | | |
| | | Nov 07 2020 01:58:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518896376 | + EDI: RMSC.COM | | |
| | | Nov 07 2020 01:58:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 518904952 | + EDI: AIS.COM | | |
| | | Nov 07 2020 01:58:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518957697 | + EDI: AIS.COM | | |
| | | Nov 07 2020 01:58:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID** | **Bypass Reason** | **Name and Address**
518946931 | | Nj Family Support Center, PO BOX 4880, NJ 08660

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 08, 2020 | Signature: | /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2020 at the address(es) listed below:

**Name** | **Email Address**

Denise E. Carlon
on behalf of Creditor Manufacturers and Traders Trust Company  a/k/a M&T Bank, successor by merger with Hudson City Savings Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

Paola D. Vera
on behalf of Debtor Miguel A Perez-Fleitas pvera@cabanillaslaw.com
bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2

Date Rcvd: Nov 06, 2020

TOTAL: 4