UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Cabanillas & Associates. P.C
Paola D. Vera, Esq.
120 Bloomingdale RD, Suite 400
White Plains, NY 10605

In Re:

Miguel Perez-Fleitas

| | |
|---|---|
| Case No.: | 20-18560 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | Stacey L. Meisel |

## CERTIFICATION OF SERVICE

1.  I, _____ Madelyn Soliman _____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _____ Paola D. Vera, Esq. _____, who represents
    _____ Miguel Perez-Fleitas _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On _____ 11/09/2020 _____, I sent a copy of the following pleadings and/or documents
    to the parties listed in the chart below.
    NOTICE OF MOTION TO VACATE DISMISSAL ORDER AND REINSTATE
    DEBTOR'S CHAPTER 13 CASE PURSUANT TO FEDERAL RULE OF BANKRUPTCY
    PROCEDURE 9023 AND 11 USC §105
    PROPOSED ORDER

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
    indicated.

Date: _____ 11/09/2020 _____          /s/Madelyn Soliman
                                      Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Miguel Perez-Fleitas<br>1125 Monmouth Ave<br>Linden, NJ 07036 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie Ann Greenberg<br>30 2 Bridges Rd # 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One<br>ATTN:Bankruptcy<br>PO BOX 30285<br>Salt Lake City, UT 84130 | Creditor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cenlar<br>ATTN:Bankruptcy<br>PO BOX 77404<br>Ewing, NJ 08628 | Secured Creditor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Citibank/ The Home Depot<br>Citicorp Credit Srvs/Centralized BK Dept<br>PO BOX 790034<br>St Louis, MO 63179 | Creditor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Credence Resource Management, LLC 1700 dallas Parkway Suite 204 Dallas, TX 75248 | Creditor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover Financial ATTN: Bakruptcy PO BOX 3025 New Albany, OH 43054 | Creditor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Enhanced Rcovery Corp ATTN:Bankruptcy 8014 Bayberry Road Jacksonville, FL 32256 | Creditor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kellie T Hannum C/O Department Store National Bank/Macy's ATTN:Bankruptcy 9111 Duke Boulevard Mason, OH 45040 | Creditor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Midland Fund ATTN:Bankruptcy 350 Camino De La Reine Ste 100 San Diego, CA 92108 | Creditor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| NJ Family Support Center<br>PO BOX 4880<br>NJ 08660 | Priority Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Santander Consumer  USA<br>ATTN:Bankruptcy<br>10-64-38-Fd7 601 Penn St<br>Reading, PA 19601 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| SaVit Collection Agency<br>ATTN:Bankruptcy<br>PO BOX 250<br>East Brunswick, NJ 08816 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Synchrony Bank/ Lowes<br>ATTN: Bankruptcy<br>PO BOX 965060<br>Orlando, FL 32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Synchrony Bank/ TJX<br>ATTN:Bankruptcy<br>PO BOX 965064<br>Orlando, FL 32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Yamaha Financial Sevices<br>ATTN:Bankruptcy<br>6555 Katella Ave<br>Cypress, CA 90630 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Yenifer Alicea<br>1327 Virginia Street<br>Elizabeth, NJ 07208 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*