UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Cabanillas & Associates, PC**
**Paola D. Vera, Esq.**
**120 Bloomingdale Rd., Suite 400**
**White Plains, NY 10605**
**914-385-0292**

---

In Re:

    Miguel A. Perez-Fleitas

        Debtor(s).

Case No.: 20-18560

Hearing Date: 12/9/2020
Chapter: 13
Judge: Hon. SLM

---

### DEBTOR'S OPPOSITION TO MOTION FOR RELIEF
### FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(d)

    The above named debtor, by and through his attorney of record, Paola D. Vera, Esq. of Cabanillas & Associates, P.C., hereby opposes Homebridge Motion for Relief from the automatic Stay, and in support thereof presents the Certification of Paola D. Vera, Esq. and shows unto the Court the following:

    1.    On July 15, 2020 the debtor filed a voluntary Chapter 13 petition with the clerk of this court.

    2.    On October 28, 2020, Homebridge, filed a motion seeking relief from the automatic stay in regards to 1125 Monmouth Ave., Linden, New Jersey.

    3.    As of October 28, 2020 Debtor is delinquent a total of $6,261.42.

    4.    On November 9, 2020 Debtor made a payment in the amount of $2,087.14 via Cashier's check ending in 8935.

{01813653 /1 }

5.    The Debtor would like the opportunity of paying the remaining balance owed to secured creditor in a six month cure to be paid directly to secured creditor along with the regular monthly mortgage payments commencing in December 2020.

6.    The Debtor is willing to enter into a consent order to cure all post-petition arrears.

7.    Therefore the Debtor respectfully requests that he be given the opportunity to cure all post-petition arears.

**WHEREFORE,** the debtor respectfully request that the instant Motion be denied; and the debtor be granted such other and further relief as this Court deems proper.

Dated: Union City, New Jersey
November 23, 2020

**CABANILLAS & ASSOCIATES, PC**

/s/Paola D. Vera
Paola D. Vera, Esq.
4100 Kennedy Blvd
Union City, New Jersey 07087

{01813653 /1 }