UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Cabanillas & Associate, P.C
Paola D. Vera, Esq.
120 Bloomingdale RD, Suite 400
White Plains, NY 10605

In Re:

Miguel Perez-Fleitas

| | |
|---|---|
| Case No.: | 20-18560 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | 12/19/2020 |
| Judge: | Stacey L.Meisel |

## CERTIFICATION OF SERVICE

1. I, _____ Madelyn Soliman _____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _____ Paola D. Vera, Esq. _____, who represents
   _____ Miguel Perez-Fleitas _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____ 11/24/2020 _____, I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below.
   DEBTOR'S OPPOSITION TO MOTION FOR RELIEF
   FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(d)

3. I certify under penalty of perjury that the above documents were sent using the mode of service
   indicated.

Date: _____ 11/24/2020 _____             /s/Madelyn Soliman _____
                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Miguel Perez-Fleitas<br>1125 Monmouth Ave<br>Linden, NJ 07036 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie Ann Greenberg<br>302 Bridges Rd # 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One<br>ATTN:Bankruptcy<br>PO BOX 30285<br>Salt Lake City, UT 84130 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cenlar<br>ATTN:Bankruptcy<br>PO BOX 77404<br>Ewing, NJ 08628 | Secured Credtior | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Citibank/ The Home Depot<br>Citicorp Credit Srvs/ Centralized BK Dept<br>PO BOX 790034<br>St Louis, MO 63179 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Credence Resource Management, LLC 1700 dallas Parkway Suite 204 Dallas, TX 75248 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover Financial ATTN:Bankruptcy PO BOX 3025 New Albany, OH 43054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Enhanced Recovery Corp ATTN:Bankruptcy 8014 Bayberry Road Jacksonville, FL 32256 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kellie T Hannum C/O Department Store National Bank/Macy's ATTN: Bankruptcy 9111 Duke Boulevard Mason, OH 45040 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Midland Fund ATTN: Bankruptcy 350 Camino De La Reine Ste 100 San Diego, CA 92108 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| NJ Family Support Center<br>PO BOX 4880<br>NJ 08660 | Priorty Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Santander Consumer USA<br>ATTN: Bankruptcy<br>10-64-38-Fd7 601 Penn St<br>Reading, PA 19601 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| SaVit Collection Agency<br>ATTN:Bankruptcy<br>PO BOX 250<br>East Brunswick, NJ 08816 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Synchrony Bank/Lowes<br>ATTN:Bankruptcy<br>PO BOX 965060<br>Orlando, FL 32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Synchrony Bank/ TJX<br>ATTN:Bnakruptcy<br>PO BOX 965064<br>Orlando, FL 32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Yamaha Financial Services<br>ATTN: Bankruptcy<br>6555 Katella Ave<br>Cypress, CA 90630 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Yenifer Alicea<br>1327 Virginia Steet<br>Elizabeth, NJ 07208 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*