CABANILLAS & ASSOCIATES, PC
120 BLOOMINGDALE ROAD
SUITE 400
WHITE PLAINS, NY  10605

Re: MIGUEL A PEREZ-FLEITAS
1125 MONMOUTH AVE
LINDEN,  NJ  07036

Atty: CABANILLAS & ASSOCIATES, PC
120 BLOOMINGDALE ROAD
SUITE 400
WHITE PLAINS, NY  10605

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
Chapter 13 Case # 20-18560

## RECEIPTS AS OF 01/15/2021 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/10/2020 | $1,020.00 | | 09/10/2020 | $1,020.00 | |
| 10/07/2020 | $1,020.00 | | 11/09/2020 | $1,035.00 | |
| 12/17/2020 | $1,035.00 | 2018560-9105243985 | | | |

**Total Receipts: $5,130.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $5,130.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MANUFACTURES AND TRADERS TRUST COMPANY | | | | | | |
| | 12/21/2020 | $3,787.88 | 861,342 | 01/11/2021 | $926.23 | 863,146 |
| | 01/11/2021 | $31.15 | 863,146 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 384.74 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,469.72 | 100.00% | 0.00 | 1,469.72 |
| 0002 | MANUFACTURES AND TRADERS TRUST ( | MORTGAGE ARRE | 19,578.67 | 100.00% | 4,714.11 | 14,864.56 |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 11,765.04 | 100.00% | 0.00 | 11,765.04 |
| 0004 | CREDENCE RESOURCE MANAGEMENT, I | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | DISCOVER BANK | UNSECURED | 4,892.27 | 100.00% | 0.00 | 4,892.27 |
| 0006 | ENHANCED RECOVERY CORP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 2,117.03 | 100.00% | 0.00 | 2,117.03 |
| 0008 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,422.19 | 100.00% | 0.00 | 2,422.19 |
| 0009 | SAVIT COLLECTION AGENCY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | SANTANDER CONSUMER USA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | QUANTUM3 GROUP LLC | UNSECURED | 1,295.67 | 100.00% | 0.00 | 1,295.67 |
| 0012 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | YAMAHA FINANCIAL SERVICES | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | YENIFER ALICEA | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | ENHANCED RECOVERY CORP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 20-18560**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0018 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,946.58 | 100.00% | 0.00 | 1,946.58 |
| 0019 | SANTANDER CONSUMER USA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | CAVALRY SPV I LLC | UNSECURED | 1,144.73 | 100.00% | 0.00 | 1,144.73 |
| 0021 | T MOBILE/T-MOBILE USA INC | UNSECURED | 1,303.49 | 100.00% | 0.00 | 1,303.49 |
| 0022 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,686.43 | 100.00% | 0.00 | 1,686.43 |
| 0023 | UNION COUNTY PROBATION DIVISION/C | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | NJ FAMILY SUPPORT PAYMENT CENT | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 627.62 | 100.00% | 0.00 | 627.62 |
| 0026 | MANUFACTURES AND TRADERS TRUST ( | (NEW) MTG Agree | 531.00 | 100.00% | 31.15 | 499.85 |

**Total Paid: $5,130.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $5,130.00   -   Paid to Claims: $4,745.26   -   Admin Costs Paid: $384.74   =   Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.