CABANILLAS & ASSOCIATES, PC
120 BLOOMINGDALE ROAD
SUITE 400
WHITE PLAINS, NY 10605

Re:  MIGUEL A PEREZ-FLEITAS          Atty:  CABANILLAS & ASSOCIATES, PC
     1125 MONMOUTH AVE                      120 BLOOMINGDALE ROAD
     LINDEN, NJ 07036                       SUITE 400
                                            WHITE PLAINS, NY 10605

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
Chapter 13 Case # 20-18560

## RECEIPTS AS OF 01/14/2022                                    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/10/2020 | $1,020.00 |  | 09/10/2020 | $1,020.00 |  |
| 10/07/2020 | $1,020.00 |  | 11/09/2020 | $1,035.00 |  |
| 12/17/2020 | $1,035.00 | 2018560-9105243985 | 01/25/2021 | $1,035.00 | 9105244087 |
| 02/17/2021 | $1,035.00 | 9105278218 | 03/09/2021 | $1,035.00 | 9105256493 |
| 04/13/2021 | $1,035.00 | 9105439153 | 05/18/2021 | $1,035.00 | 9105472108 |
| 06/22/2021 | $1,035.00 | 9105472240 | 07/20/2021 | $1,035.00 | 9105439362 |
| 08/17/2021 | $1,000.00 | 27308071023 | 08/17/2021 | $35.00 | 27308071034 |
| 09/15/2021 | $1,035.00 | 9105599603 | 10/14/2021 | $1,035.00 | 9105647354 |
| 11/16/2021 | $1,050.00 | 9105593870 | 12/21/2021 | $1,035.00 | 9105743413 |

**Total Receipts: $17,565.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $17,565.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022                  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MANUFACTURES AND TRADERS TRUST COMPANY | | | | | | |
|  | 12/21/2020 | $3,787.88 | 861,342 | 01/11/2021 | $926.23 | 863,146 |
|  | 01/11/2021 | $31.15 | 863,146 | 02/22/2021 | $926.23 | 864,789 |
|  | 02/22/2021 | $31.15 | 864,789 | 03/15/2021 | $926.23 | 866,667 |
|  | 03/15/2021 | $31.15 | 866,667 | 04/19/2021 | $926.23 | 868,313 |
|  | 04/19/2021 | $31.15 | 868,313 | 05/17/2021 | $926.23 | 870,228 |
|  | 05/17/2021 | $31.15 | 870,228 | 06/21/2021 | $941.25 | 872,013 |
|  | 06/21/2021 | $31.65 | 872,013 | 07/19/2021 | $941.25 | 873,822 |
|  | 07/19/2021 | $31.65 | 873,822 | 08/16/2021 | $941.25 | 875,507 |
|  | 08/16/2021 | $31.65 | 875,507 | 09/20/2021 | $941.25 | 877,230 |
|  | 09/20/2021 | $31.65 | 877,230 | 10/18/2021 | $941.25 | 879,015 |
|  | 10/18/2021 | $31.65 | 879,015 | 11/17/2021 | $951.26 | 880,711 |
|  | 11/17/2021 | $31.99 | 880,711 | 12/13/2021 | $965.05 | 882,344 |
|  | 12/13/2021 | $32.45 | 882,344 | 01/10/2022 | $951.26 | 884,002 |
|  | 01/10/2022 | $31.99 | 884,002 | | | |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 20-18560**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,161.72 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,469.72 | 100.00% | 0.00 | 1,469.72 |
| 0002 | MANUFACTURES AND TRADERS TRUST | MORTGAGE ARR | 19,578.67 | 100.00% | 15,992.85 | 3,585.82 |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 11,765.04 | 100.00% | 0.00 | 11,765.04 |
| 0004 | CREDENCE RESOURCE MANAGEMENT, I | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | DISCOVER BANK | UNSECURED | 4,892.27 | 100.00% | 0.00 | 4,892.27 |
| 0006 | ENHANCED RECOVERY CORP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 2,117.03 | 100.00% | 0.00 | 2,117.03 |
| 0008 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,422.19 | 100.00% | 0.00 | 2,422.19 |
| 0009 | SAVIT COLLECTION AGENCY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | SANTANDER CONSUMER USA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | QUANTUM3 GROUP LLC | UNSECURED | 1,295.67 | 100.00% | 0.00 | 1,295.67 |
| 0012 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | YAMAHA FINANCIAL SERVICES | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | YENIFER ALICEA | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | ENHANCED RECOVERY CORP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,946.58 | 100.00% | 0.00 | 1,946.58 |
| 0019 | SANTANDER CONSUMER USA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | CAVALRY SPV I LLC | UNSECURED | 1,144.73 | 100.00% | 0.00 | 1,144.73 |
| 0021 | T MOBILE/T-MOBILE USA INC | UNSECURED | 1,303.49 | 100.00% | 0.00 | 1,303.49 |
| 0022 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,686.43 | 100.00% | 0.00 | 1,686.43 |
| 0023 | UNION COUNTY PROBATION DIVISION/C | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | NJ FAMILY SUPPORT PAYMENT CENTER | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 627.62 | 100.00% | 0.00 | 627.62 |
| 0026 | MANUFACTURES AND TRADERS TRUST | (NEW) MTG Agree | 531.00 | 100.00% | 410.43 | 120.57 |

**Total Paid: $17,565.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 14, 2022.

Receipts: $17,565.00    -    Paid to Claims: $16,403.28    -    Admin Costs Paid: $1,161.72    =    Funds on Hand: $0.00

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.