UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Cabanillas & Associates, PC
Paola D. Vera, Esq.
120 Bloomingdale Rd., Suite 400
White Plains, NY 10605
914-385-0292

---

In Re:

Miguel Perez Fleitas

    Debtor(s).

Case No.: 20-18560

Objection deadline: 2/16/22
Chapter: 13
Judge: SLM

---

## DEBTORS' OBJECTION TO THE CERTIFICATION OF DEFAULT FROM HOMEBRIDGE FINANCIAL

The above named debtor, by and through his attorney of record, Paola D. Vera, Esq. of Cabanillas & Associates, P.C., hereby objects to the certification of the secured creditor and presents the Certification of Paola D. Vera and shows unto the court the following:

1. Debtor made a payment in the amount of $2,291.00 on 1/27/22 and will make a payment in the amount of $2,327.00 on 2/12/22.

2. Debtor would like to enter into a Consent Order and not have case dismissed

                                            /s/ Paola D. Vera_____
                                            Paola D. Vera, Esq.
                                            CABANILLAS & ASSOCIATES, PC
                                            4100 Kennedy Blvd.

{02093330 /1 }

2/9/22                                                                Union City, New Jersey 07087

{02093330 /1 }