Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  20−18560−SLM
                        Chapter:  13
                        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Miguel A Perez−Fleitas
   1125 Monmouth Ave
   Linden, NJ 07036

Social Security No.:
   xxx−xx−4880

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 3/9/22 at 10:00 AM

to consider and act upon the following:

*47* − Creditor's Certification of Default (related document:30 Motion for Relief from Stay re: re: 1125 Monmouth Avenue, Linden, NJ, 07036. Fee Amount $ 181. filed by Creditor Manufacturers and Traders Trust Company, a/k/a M&T Bank, successor by merger with Hudson City Savings Bank, 42 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Manufacturers and Traders Trust Company, a/k/a M&T Bank, successor by merger with Hudson City Savings Bank. Objection deadline is 02/16/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*48* − Objection to CERTIFICATION OF DEFAULT FROM HOMEBRIDGE FINANCIAL (related document:47 Creditor's Certification of Default (related document:30 Motion for Relief from Stay re: re: 1125 Monmouth Avenue, Linden, NJ, 07036. Fee Amount $ 181. filed by Creditor Manufacturers and Traders Trust Company, a/k/a M&T Bank, successor by merger with Hudson City Savings Bank, 42 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Manufacturers and Traders Trust Company, a/k/a M&T Bank, successor by merger with Hudson City Savings Bank. Objection deadline is 02/16/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Manufacturers and Traders Trust Company, a/k/a M&T Bank, successor by merger with Hudson City Savings Bank) filed by Paola D. Vera on behalf of Miguel A Perez−Fleitas. (Vera, Paola)

Dated: 2/10/22

                                                    Jeanne Naughton
                                                    Clerk, U.S. Bankruptcy Court