# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Manufacturers and Traders Trust Company, a/k/a M&T Bank, successor by merger with Hudson City Savings Bank

CASE NO. 20-18560 SLM
CHAPTER 13
Judge: Stacey L. Meisel

In re:

Miguel A. Perez-Fleitas

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED

Melissa Riley      Assistant Vice President

I, _____, employed as _____ by Manufacturers and Traders Trust Company, a/k/a M&T Bank, successor by merger with Hudson City Savings Bank, hereby certifies the following information:

Recorded on August 24, 2015 in Union County, in Book 3973, at Page 0266.
Property Address: 1125 Monmouth Avenue, Linden NJ 07036.

Mortgage Holder: Manufacturers and Traders Trust Company, a/k/a M&T Bank, successor by merger with Hudson City Savings Bank

Mortgagor(s)/ Debtor(s): Miguel A. Perez-Fleitas

POST-PETITION PAYMENTS (Petition filed on July 15, 2020)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order entered April 07, 2022 | | | | | $1.57 |
| | | To Suspense | $137.72 | 04/26/2022 | $139.29 |
| | | To Suspense | $2,085.37 | 05/03/2022 | $2,224.66 |
| | | To Suspense | $194.31 | 05/24/2022 | $2,418.97 |
| $2,211.90 | 04/01/2022 | 04/2022 | $2,212.00 | 06/07/2022 | $2,419.07 |
| | | To Suspense | $17.97 | 07/05/2022 | $2,437.04 |
| $2,211.90 | 05/01/2022 | 05/2022 | $2,211.90 | 07/11/2022 | $2,437.04 |
| $2,211.90 | 06/01/2022 | 06/2022 | From Suspense | 08/01/2022 | $255.14 |
| $2,211.90 | 07/01/2022 | 07/2022 | From Suspense | | ($1,986.76) |
| $2,153.19 | 08/01/2022 | 08/2022 | From Suspense | | ($4,139.95) |
| **Total Due: $11,000.79** | | **Total Received + Suspense: $6,859.27** | | **Arrears: $4,139.95** | |

Continue on attached sheets if necessary.

Monthly payments past due: 1 mos. X $2,211.90, 1 mo. X $2,153.19

Arrears: $4,139.95

Each current monthly payment is comprised of:
    Principal and Interest: $1,087.88
    R.E. Taxes: $_____
    Insurance: $_____
    Other: $1,071.31    (Specify: Escrow)
    TOTAL $2,153.19

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
NOPC effective 12/01/2020: $2,086.20
NOPC effective 03/01/2021: $2,085.37
NOPC effective 12/01/2021: $2,211.90

PRE-PETITION ARREARS: $19,578.67

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 8/23/2022

Signature
Melissa Riley/ Assistant Vice President