UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

| | | |
|---|---|---|
| In Re: | Case No.: | 20-18560-SLM |
| Miguel Perez-Fleitas, | Chapter: | 13 |
| Debtor. | Hearing Date: | 9/28/2022 |
| | Judge: | Meisel |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 55)

_____

Date: 09/22/2022                    /s/ Denise Carlon
                                    Signature

*rev.8/1/15*