CABANILLAS & ASSOCIATES, PC
120 BLOOMINGDALE ROAD
SUITE 400
WHITE PLAINS, NY  10605

Re:  MIGUEL A PEREZ-FLEITAS    Atty:  CABANILLAS & ASSOCIATES, PC
     1125 MONMOUTH AVE    120 BLOOMINGDALE ROAD
     LINDEN,  NJ  07036    SUITE 400
         WHITE PLAINS, NY  10605

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023**
Chapter 13 Case # 20-18560

## RECEIPTS AS OF 01/13/2023   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/10/2020 | $1,020.00 | | 09/10/2020 | $1,020.00 | |
| 10/07/2020 | $1,020.00 | | 11/09/2020 | $1,035.00 | |
| 12/17/2020 | $1,035.00 | 2018560-9105243985 | 01/25/2021 | $1,035.00 | 9105244087 |
| 02/17/2021 | $1,035.00 | 9105278218 | 03/09/2021 | $1,035.00 | 9105256493 |
| 04/13/2021 | $1,035.00 | 9105439153 | 05/18/2021 | $1,035.00 | 9105472108 |
| 06/22/2021 | $1,035.00 | 9105472240 | 07/20/2021 | $1,035.00 | 9105439362 |
| 08/17/2021 | $1,000.00 | 27308071023 | 08/17/2021 | $35.00 | 27308071034 |
| 09/15/2021 | $1,035.00 | 9105599603 | 10/14/2021 | $1,035.00 | 9105647354 |
| 11/16/2021 | $1,050.00 | 9105593870 | 12/21/2021 | $1,035.00 | 9105743413 |
| 01/20/2022 | $1,035.00 | 9105743522 | 02/15/2022 | $1,035.00 | 9105743640 |
| 03/14/2022 | $35.00 | 27728766393 | 03/14/2022 | $1,000.00 | 27728766404 |
| 04/12/2022 | $35.00 | 27728795226 | 04/12/2022 | $1,000.00 | 27728795215 |
| 05/17/2022 | $1,000.00 | 27987005586 | 05/17/2022 | $35.00 | 27987005575 |
| 06/15/2022 | $1,035.00 | 9106085215 | 07/15/2022 | $1,035.00 | 9106085327 |
| 08/16/2022 | $1,035.00 | 9106008238 | 09/21/2022 | $35.00 | 27987015341 |
| 09/21/2022 | $1,000.00 | 27987015352 | 10/14/2022 | $500.00 | 108694702370 |
| 10/14/2022 | $35.00 | 108694702380 | 10/14/2022 | $500.00 | 108694702369 |
| 11/14/2022 | $1,035.00 | 9106064509 | 12/13/2022 | $1,035.00 | 9106077604 |
| 01/11/2023 | $1,035.00 | 9106077729 | | | |

**Total Receipts: $31,020.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $31,020.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 06/20/2022 | $43.43 | 892,674 | | 07/18/2022 | $47.86 | 894,396 |
| | 08/15/2022 | $47.87 | 895,970 | | 09/19/2022 | $47.86 | 897,567 |
| | 10/17/2022 | $38.28 | 899,234 | | 11/14/2022 | $46.87 | 900,810 |
| | 12/12/2022 | $46.86 | 902,366 | | 01/09/2023 | $46.87 | 903,848 |

**Chapter 13 Case # 20-18560**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAVALRY SPV I LLC | | | | | | | |
| | 06/20/2022 | $33.83 | 892,692 | | 07/18/2022 | $37.28 | 894,412 |
| | 08/15/2022 | $37.28 | 895,988 | | 09/19/2022 | $37.27 | 897,586 |
| | 10/17/2022 | $29.82 | 899,251 | | 11/14/2022 | $36.50 | 900,826 |
| | 12/12/2022 | $36.50 | 902,382 | | 01/09/2023 | $36.51 | 903,864 |
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 06/20/2022 | $62.57 | 892,767 | | 07/18/2022 | $68.93 | 894,478 |
| | 08/15/2022 | $68.94 | 896,055 | | 09/19/2022 | $68.95 | 897,662 |
| | 10/17/2022 | $55.13 | 899,320 | | 11/14/2022 | $67.51 | 900,900 |
| | 12/12/2022 | $67.51 | 902,445 | | 01/09/2023 | $67.51 | 903,934 |
| DISCOVER BANK | | | | | | | |
| | 06/20/2022 | $144.58 | 892,775 | | 07/18/2022 | $159.32 | 894,487 |
| | 08/15/2022 | $159.31 | 896,062 | | 09/19/2022 | $159.32 | 897,670 |
| | 10/17/2022 | $127.41 | 899,327 | | 11/14/2022 | $156.01 | 900,907 |
| | 12/12/2022 | $156.02 | 902,451 | | 01/09/2023 | $156.01 | 903,939 |
| MANUFACTURERS AND TRADERS TRUST COMP | | | | | | | |
| | 04/18/2022 | $804.45 | 889,150 | | 04/18/2022 | $194.32 | 889,150 |
| | 05/16/2022 | $804.46 | 890,864 | | 05/16/2022 | $194.31 | 890,864 |
| | 06/20/2022 | $74.38 | 892,537 | | 06/20/2022 | $17.97 | 892,537 |
| | 10/17/2022 | $200.00 | 899,094 | | | | |
| MANUFACTURES AND TRADERS TRUST COMPANY | | | | | | | |
| | 12/21/2020 | $3,787.88 | 861,342 | | 01/11/2021 | $926.23 | 863,146 |
| | 01/11/2021 | $31.15 | 863,146 | | 02/22/2021 | $926.23 | 864,789 |
| | 02/22/2021 | $31.15 | 864,789 | | 03/15/2021 | $926.23 | 866,667 |
| | 03/15/2021 | $31.15 | 866,667 | | 04/19/2021 | $926.23 | 868,313 |
| | 04/19/2021 | $31.15 | 868,313 | | 05/17/2021 | $926.23 | 870,228 |
| | 05/17/2021 | $31.15 | 870,228 | | 06/21/2021 | $941.25 | 872,013 |
| | 06/21/2021 | $31.65 | 872,013 | | 07/19/2021 | $941.25 | 873,822 |
| | 07/19/2021 | $31.65 | 873,822 | | 08/16/2021 | $941.25 | 875,507 |
| | 08/16/2021 | $31.65 | 875,507 | | 09/20/2021 | $941.25 | 877,230 |
| | 09/20/2021 | $31.65 | 877,230 | | 10/18/2021 | $941.25 | 879,015 |
| | 10/18/2021 | $31.65 | 879,015 | | 11/17/2021 | $951.26 | 880,711 |
| | 11/17/2021 | $31.99 | 880,711 | | 12/13/2021 | $965.05 | 882,344 |
| | 12/13/2021 | $32.45 | 882,344 | | 01/10/2022 | $951.26 | 884,002 |
| | 01/10/2022 | $31.99 | 884,002 | | 02/14/2022 | $951.26 | 885,685 |
| | 02/14/2022 | $31.99 | 885,685 | | 03/14/2022 | $951.27 | 887,397 |
| | 03/14/2022 | $31.98 | 887,397 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | | | | | | | |
| | 06/20/2022 | $71.58 | 892,374 | | 06/20/2022 | $57.53 | 892,374 |
| | 06/20/2022 | $49.84 | 892,374 | | 07/18/2022 | $78.88 | 894,119 |
| | 07/18/2022 | $54.92 | 894,119 | | 07/18/2022 | $63.39 | 894,119 |
| | 08/15/2022 | $78.88 | 895,685 | | 08/15/2022 | $63.39 | 895,685 |
| | 08/15/2022 | $54.92 | 895,685 | | 09/19/2022 | $78.88 | 897,269 |
| | 09/19/2022 | $63.39 | 897,269 | | 09/19/2022 | $54.91 | 897,269 |
| | 10/17/2022 | $50.69 | 898,944 | | 10/17/2022 | $43.92 | 898,944 |
| | 10/17/2022 | $63.08 | 898,944 | | 11/14/2022 | $62.08 | 900,509 |
| | 11/14/2022 | $77.24 | 900,509 | | 11/14/2022 | $53.78 | 900,509 |
| | 12/12/2022 | $62.08 | 902,083 | | 12/12/2022 | $77.25 | 902,083 |
| | 12/12/2022 | $53.78 | 902,083 | | 01/09/2023 | $77.24 | 903,573 |
| | 01/09/2023 | $62.07 | 903,573 | | 01/09/2023 | $53.78 | 903,573 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 06/20/2022 | $347.69 | 8,002,892 | | 07/18/2022 | $383.13 | 8,002,950 |
| | 08/15/2022 | $383.12 | 8,002,997 | | 09/19/2022 | $383.13 | 8,003,048 |
| | 10/17/2022 | $306.40 | 8,003,103 | | 11/14/2022 | $375.19 | 8,003,148 |
| | 12/12/2022 | $375.18 | 8,003,201 | | 01/09/2023 | $375.18 | 8,003,257 |

**Chapter 13 Case # 20-18560**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | | | | | | | |
| | 06/20/2022 | $38.29 | 892,133 | | 07/18/2022 | $42.19 | 893,894 |
| | 08/15/2022 | $42.20 | 895,463 | | 09/19/2022 | $42.19 | 897,033 |
| | 10/17/2022 | $33.74 | 898,733 | | 11/14/2022 | $41.33 | 900,306 |
| | 12/12/2022 | $41.31 | 901,889 | | 01/09/2023 | $41.32 | 903,382 |
| T MOBILE/T-MOBILE USA INC | | | | | | | |
| | 06/20/2022 | $38.52 | 893,532 | | 07/18/2022 | $42.45 | 895,157 |
| | 08/15/2022 | $42.45 | 896,709 | | 09/19/2022 | $42.45 | 898,377 |
| | 10/17/2022 | $33.95 | 899,998 | | 11/14/2022 | $41.56 | 901,568 |
| | 12/12/2022 | $41.57 | 903,101 | | 01/09/2023 | $41.57 | 904,595 |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 06/20/2022 | $18.55 | 892,345 | | 07/18/2022 | $20.43 | 894,092 |
| | 08/15/2022 | $20.45 | 895,655 | | 09/19/2022 | $20.43 | 897,242 |
| | 10/17/2022 | $16.35 | 898,919 | | 11/14/2022 | $20.01 | 900,485 |
| | 12/12/2022 | $20.02 | 902,058 | | 01/09/2023 | $20.01 | 903,549 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,746.46 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,469.72 | 100.00% | 365.90 | 1,103.82 |
| 0002 | MANUFACTURERS AND TRADERS TRUST | MORTGAGE ARR | 19,578.67 | 100.00% | 19,578.67 | 0.00 |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 11,765.04 | 100.00% | 2,929.02 | 8,836.02 |
| 0004 | CREDENCE RESOURCE MANAGEMENT, I | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | DISCOVER BANK | UNSECURED | 4,892.27 | 100.00% | 1,217.98 | 3,674.29 |
| 0006 | ENHANCED RECOVERY CORP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 2,117.03 | 100.00% | 527.05 | 1,589.98 |
| 0008 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,422.19 | 100.00% | 603.03 | 1,819.16 |
| 0009 | SAVIT COLLECTION AGENCY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | SANTANDER CONSUMER USA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | QUANTUM3 GROUP LLC | UNSECURED | 1,295.67 | 100.00% | 322.57 | 973.10 |
| 0012 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | YAMAHA FINANCIAL SERVICES | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | YENIFER ALICEA | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | ENHANCED RECOVERY CORP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,946.58 | 100.00% | 484.62 | 1,461.96 |
| 0019 | SANTANDER CONSUMER USA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | CAVALRY SPV I LLC | UNSECURED | 1,144.73 | 100.00% | 284.99 | 859.74 |
| 0021 | T MOBILE/T-MOBILE USA INC | UNSECURED | 1,303.49 | 100.00% | 324.52 | 978.97 |
| 0022 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,686.43 | 100.00% | 419.85 | 1,266.58 |
| 0023 | UNION COUNTY PROBATION DIVISION/C | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | NJ FAMILY SUPPORT PAYMENT CENTER | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 627.62 | 100.00% | 156.25 | 471.37 |
| 0026 | MANUFACTURERS AND TRADERS TRUST | (NEW) MTG Agree | 1,081.00 | 100.00% | 1,081.00 | 0.00 |

Total Paid: **$30,041.91**
See Summary

**Chapter 13 Case # 20-18560**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $31,020.00    -    Paid to Claims: $28,295.45    -    Admin Costs Paid: $1,746.46    =    Funds on Hand: $978.09

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.