Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−18560−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Miguel A Perez−Fleitas
  1125 Monmouth Ave
  Linden, NJ 07036

Social Security No.:
  xxx−xx−4880

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 12/13/23 at 10:00 AM

to consider and act upon the following:

*64* − Creditor's Certification of Default (related document:30 Motion for Relief from Stay re: re: 1125 Monmouth Avenue, Linden, NJ, 07036. Fee Amount $ 181. filed by Creditor Manufacturers and Traders Trust Company, a/k/a M&T Bank, successor by merger with Hudson City Savings Bank, 60 Order (Generic)) filed by Denise E. Carlon on behalf of Manufacturers and Traders Trust Company, a/k/a M&T Bank, successor by merger with Hudson City Savings Bank. Objection deadline is 11/13/2023. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*65* − Certification In Objection to Certification of Default from Creditor. filed by Paola D. Vera on behalf of Miguel A Perez−Fleitas. (Vera, Paola)

Dated: 11/14/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court