CABANILLAS & ASSOCIATES, PC
120 BLOOMINGDALE ROAD
SUITE 400
WHITE PLAINS, NY  10605

Re:  MIGUEL A PEREZ-FLEITAS         Atty:  CABANILLAS & ASSOCIATES, PC
     1125 MONMOUTH AVE                     120 BLOOMINGDALE ROAD
     LINDEN,  NJ  07036                    SUITE 400
                                           WHITE PLAINS, NY  10605

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
Chapter 13 Case # 20-18560

## RECEIPTS AS OF 01/01/2025                             (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/10/2020 | $1,020.00 |  | 09/10/2020 | $1,020.00 |  |
| 10/07/2020 | $1,020.00 |  | 11/09/2020 | $1,035.00 |  |
| 12/17/2020 | $1,035.00 | 2018560-9105243985 | 01/25/2021 | $1,035.00 | 9105244087 |
| 02/17/2021 | $1,035.00 | 9105278218 | 03/09/2021 | $1,035.00 | 9105256493 |
| 04/13/2021 | $1,035.00 | 9105439153 | 05/18/2021 | $1,035.00 | 9105472108 |
| 06/22/2021 | $1,035.00 | 9105472240 | 07/20/2021 | $1,035.00 | 9105439362 |
| 08/17/2021 | $1,000.00 | 27308071023 | 08/17/2021 | $35.00 | 27308071034 |
| 09/15/2021 | $1,035.00 | 9105599603 | 10/14/2021 | $1,035.00 | 9105647354 |
| 11/16/2021 | $1,050.00 | 9105593870 | 12/21/2021 | $1,035.00 | 9105743413 |
| 01/20/2022 | $1,035.00 | 9105743522 | 02/15/2022 | $1,035.00 | 9105743640 |
| 03/14/2022 | $35.00 | 27728766393 | 03/14/2022 | $1,000.00 | 27728766404 |
| 04/12/2022 | $35.00 | 27728795226 | 04/12/2022 | $1,000.00 | 27728795215 |
| 05/17/2022 | $1,000.00 | 27987005586 | 05/17/2022 | $35.00 | 27987005575 |
| 06/15/2022 | $1,035.00 | 9106085215 | 07/15/2022 | $1,035.00 | 9106085327 |
| 08/16/2022 | $1,035.00 | 9106008238 | 09/21/2022 | $35.00 | 27987015341 |
| 09/21/2022 | $1,000.00 | 27987015352 | 10/14/2022 | $500.00 | 108694702370 |
| 10/14/2022 | $35.00 | 108694702380 | 10/14/2022 | $500.00 | 108694702369 |
| 11/14/2022 | $1,035.00 | 9106064509 | 12/13/2022 | $1,035.00 | 9106077604 |
| 01/11/2023 | $1,035.00 | 9106077729 | 02/14/2023 | $1,000.00 | 28581027535 |
| 02/14/2023 | $35.00 | 28581027546 | 03/14/2023 | $1,035.00 | 9106199141 |
| 04/11/2023 | $1,035.00 | 9106213321 | 05/16/2023 | $1,035.00 | 9106213468 |
| 06/13/2023 | $1,035.00 | 9106309429 | 07/12/2023 | $1,035.00 | 9106315919 |
| 08/15/2023 | $1,035.00 | 9106308975 | 09/14/2023 | $1,035.00 | 9106309086 |
| 10/17/2023 | $1,035.00 | 9106398025 | 11/14/2023 | $500.00 | 19506041632 |
| 11/14/2023 | $535.00 | 29084920558 | 12/19/2023 | $1,035.00 | 9106483891 |
| 01/23/2024 | $1,035.00 | 9106484048 | 02/14/2024 | $1,035.00 | 9106603598 |
| 03/13/2024 | $1,035.00 | 9106609992 | 04/16/2024 | $1,035.00 | 9106422848 |
| 05/14/2024 | $1,035.00 | 9106663882 | 06/14/2024 | $1,035.00 | 9106703633 |
| 07/16/2024 | $1,035.00 | 9106783392 | 08/12/2024 | $1,035.00 | 9106783558 |
| 09/17/2024 | $1,035.00 | 9106838302 | 10/22/2024 | $1,035.00 | 9814526038 |

**Chapter 13 Case # 20-18560**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/19/2024 | $1,035.00 | 1986722548 | 12/18/2024 | $1,035.00 | 1986722724 |

**Total Receipts: $54,825.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $54,825.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 06/20/2022 | $43.43 | 892,674 | 07/18/2022 | $47.86 | 894,396 |
| | 08/15/2022 | $47.87 | 895,970 | 09/19/2022 | $47.86 | 897,567 |
| | 10/17/2022 | $38.28 | 899,234 | 11/14/2022 | $46.87 | 900,810 |
| | 12/12/2022 | $46.86 | 902,366 | 01/09/2023 | $46.87 | 903,848 |
| | 02/13/2023 | $46.87 | 905,378 | 03/13/2023 | $46.87 | 906,991 |
| | 04/17/2023 | $46.86 | 908,577 | 05/15/2023 | $46.87 | 910,198 |
| | 06/12/2023 | $46.38 | 911,662 | 07/17/2023 | $46.37 | 913,183 |
| | 08/14/2023 | $46.37 | 914,701 | 09/18/2023 | $46.38 | 916,197 |
| | 10/16/2023 | $46.37 | 917,679 | 11/13/2023 | $45.63 | 919,117 |
| | 12/11/2023 | $45.62 | 920,534 | 01/08/2024 | $45.63 | 921,917 |
| | 02/12/2024 | $36.05 | 923,271 | 03/11/2024 | $45.63 | 924,721 |
| | 04/15/2024 | $45.63 | 926,160 | 05/10/2024 | $45.63 | 927,631 |
| | 06/17/2024 | $45.63 | 929,034 | 07/15/2024 | $45.63 | 930,518 |
| | 08/19/2024 | $47.12 | 931,933 | 09/16/2024 | $47.12 | 933,393 |
| | 10/21/2024 | $47.10 | 934,795 | 11/18/2024 | $46.63 | 936,275 |
| | 12/16/2024 | $46.62 | 937,662 | | | |
| CAVALRY SPV I LLC | | | | | | |
| | 06/20/2022 | $33.83 | 892,692 | 07/18/2022 | $37.28 | 894,412 |
| | 08/15/2022 | $37.28 | 895,988 | 09/19/2022 | $37.27 | 897,586 |
| | 10/17/2022 | $29.82 | 899,251 | 11/14/2022 | $36.50 | 900,826 |
| | 12/12/2022 | $36.50 | 902,382 | 01/09/2023 | $36.51 | 903,864 |
| | 02/13/2023 | $36.51 | 905,396 | 03/13/2023 | $36.50 | 907,011 |
| | 04/17/2023 | $36.50 | 908,597 | 05/15/2023 | $36.51 | 910,212 |
| | 06/12/2023 | $36.12 | 911,677 | 07/17/2023 | $36.12 | 913,198 |
| | 08/14/2023 | $36.12 | 914,716 | 09/18/2023 | $36.11 | 916,210 |
| | 10/16/2023 | $36.13 | 917,693 | 11/13/2023 | $35.54 | 919,135 |
| | 12/11/2023 | $35.53 | 920,552 | 01/08/2024 | $35.54 | 921,930 |
| | 02/12/2024 | $28.08 | 923,285 | 03/11/2024 | $35.54 | 924,736 |
| | 04/15/2024 | $35.54 | 926,174 | 05/10/2024 | $35.53 | 927,647 |
| | 06/17/2024 | $35.54 | 929,048 | 07/15/2024 | $35.55 | 930,533 |
| | 08/19/2024 | $36.69 | 931,948 | 09/16/2024 | $36.70 | 933,406 |
| | 10/21/2024 | $36.70 | 934,808 | 11/18/2024 | $36.31 | 936,290 |
| | 12/16/2024 | $36.31 | 937,676 | | | |
| DEPARTMENT STORES NATIONAL BANK | | | | | | |
| | 06/20/2022 | $62.57 | 892,767 | 07/18/2022 | $68.93 | 894,478 |
| | 08/15/2022 | $68.94 | 896,055 | 09/19/2022 | $68.95 | 897,662 |
| | 10/17/2022 | $55.13 | 899,320 | 11/14/2022 | $67.51 | 900,900 |
| | 12/12/2022 | $67.51 | 902,445 | 01/09/2023 | $67.51 | 903,934 |
| | 02/13/2023 | $67.51 | 905,471 | 03/13/2023 | $67.51 | 907,080 |
| | 04/17/2023 | $67.52 | 908,684 | 05/15/2023 | $67.51 | 910,284 |
| | 06/12/2023 | $66.80 | 911,757 | 07/17/2023 | $66.80 | 913,278 |
| | 08/14/2023 | $66.78 | 914,796 | 09/18/2023 | $66.81 | 916,292 |
| | 10/16/2023 | $66.79 | 917,769 | 11/13/2023 | $65.73 | 919,216 |
| | 12/11/2023 | $65.72 | 920,632 | 01/08/2024 | $65.73 | 922,009 |
| | 02/12/2024 | $51.92 | 923,367 | 03/06/2024 | ($65.72) | 920,632 |
| | 03/06/2024 | $65.72 | 924,266 | 03/11/2024 | $65.73 | 924,821 |
| | 04/15/2024 | $65.72 | 926,258 | 05/10/2024 | $65.72 | 927,728 |
| | 06/17/2024 | $65.73 | 929,141 | 07/15/2024 | $65.72 | 930,608 |
| | 08/19/2024 | $67.87 | 932,033 | 09/16/2024 | $67.87 | 933,482 |
| | 10/21/2024 | $67.87 | 934,892 | 11/18/2024 | $67.15 | 936,370 |
| | 12/16/2024 | $67.16 | 937,749 | | | |

**Chapter 13 Case # 20-18560**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | | |
| | 06/20/2022 | $144.58 | 892,775 | | 07/18/2022 | $159.32 | 894,487 |
| | 08/15/2022 | $159.31 | 896,062 | | 09/19/2022 | $159.32 | 897,670 |
| | 10/17/2022 | $127.41 | 899,327 | | 11/14/2022 | $156.01 | 900,907 |
| | 12/12/2022 | $156.02 | 902,451 | | 01/09/2023 | $156.01 | 903,939 |
| | 02/13/2023 | $156.01 | 905,477 | | 03/13/2023 | $156.01 | 907,088 |
| | 04/17/2023 | $156.02 | 908,693 | | 05/15/2023 | $156.01 | 910,293 |
| | 06/12/2023 | $154.36 | 911,766 | | 07/17/2023 | $154.36 | 913,286 |
| | 08/14/2023 | $154.36 | 914,804 | | 09/18/2023 | $154.37 | 916,299 |
| | 10/16/2023 | $154.35 | 917,776 | | 11/13/2023 | $151.88 | 919,223 |
| | 12/11/2023 | $151.90 | 920,638 | | 01/08/2024 | $151.89 | 922,014 |
| | 02/12/2024 | $119.98 | 923,373 | | 03/11/2024 | $151.89 | 924,827 |
| | 04/15/2024 | $151.88 | 926,265 | | 05/10/2024 | $151.89 | 927,736 |
| | 06/17/2024 | $151.88 | 929,149 | | 07/15/2024 | $151.88 | 930,614 |
| | 08/19/2024 | $156.84 | 932,041 | | 09/16/2024 | $156.84 | 933,491 |
| | 10/21/2024 | $156.83 | 934,900 | | 11/18/2024 | $155.19 | 936,379 |
| | 12/16/2024 | $155.19 | 937,757 | | | | |
| MANUFACTURERS AND TRADERS TRUST COMP | | | | | | | |
| | 04/18/2022 | $804.45 | 889,150 | | 04/18/2022 | $194.32 | 889,150 |
| | 05/16/2022 | $804.46 | 890,864 | | 05/16/2022 | $194.31 | 890,864 |
| | 06/20/2022 | $74.38 | 892,537 | | 06/20/2022 | $17.97 | 892,537 |
| | 10/17/2022 | $200.00 | 899,094 | | 02/12/2024 | $200.00 | 923,074 |
| MANUFACTURES AND TRADERS TRUST COMPANY | | | | | | | |
| | 12/21/2020 | $3,787.88 | 861,342 | | 01/11/2021 | $31.15 | 863,146 |
| | 01/11/2021 | $926.23 | 863,146 | | 02/22/2021 | $926.23 | 864,789 |
| | 02/22/2021 | $31.15 | 864,789 | | 03/15/2021 | $926.23 | 866,667 |
| | 03/15/2021 | $31.15 | 866,667 | | 04/19/2021 | $926.23 | 868,313 |
| | 04/19/2021 | $31.15 | 868,313 | | 05/17/2021 | $926.23 | 870,228 |
| | 05/17/2021 | $31.15 | 870,228 | | 06/21/2021 | $941.25 | 872,013 |
| | 06/21/2021 | $31.65 | 872,013 | | 07/19/2021 | $941.25 | 873,822 |
| | 07/19/2021 | $31.65 | 873,822 | | 08/16/2021 | $941.25 | 875,507 |
| | 08/16/2021 | $31.65 | 875,507 | | 09/20/2021 | $941.25 | 877,230 |
| | 09/20/2021 | $31.65 | 877,230 | | 10/18/2021 | $941.25 | 879,015 |
| | 10/18/2021 | $31.65 | 879,015 | | 11/17/2021 | $951.26 | 880,711 |
| | 11/17/2021 | $31.99 | 880,711 | | 12/13/2021 | $965.05 | 882,344 |
| | 12/13/2021 | $32.45 | 882,344 | | 01/10/2022 | $951.26 | 884,002 |
| | 01/10/2022 | $31.99 | 884,002 | | 02/14/2022 | $951.26 | 885,685 |
| | 02/14/2022 | $31.99 | 885,685 | | 03/14/2022 | $951.27 | 887,397 |
| | 03/14/2022 | $31.98 | 887,397 | | | | |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDLAND CREDIT MANAGEMENT INC | | | | | | | |
| | 06/20/2022 | $71.58 | 892,374 | | 06/20/2022 | $57.53 | 892,374 |
| | 06/20/2022 | $49.84 | 892,374 | | 07/18/2022 | $78.88 | 894,119 |
| | 07/18/2022 | $54.92 | 894,119 | | 07/18/2022 | $63.39 | 894,119 |
| | 08/15/2022 | $78.88 | 895,685 | | 08/15/2022 | $63.39 | 895,685 |
| | 08/15/2022 | $54.92 | 895,685 | | 09/19/2022 | $78.88 | 897,269 |
| | 09/19/2022 | $63.39 | 897,269 | | 09/19/2022 | $54.91 | 897,269 |
| | 10/17/2022 | $50.69 | 898,944 | | 10/17/2022 | $43.92 | 898,944 |
| | 10/17/2022 | $63.08 | 898,944 | | 11/14/2022 | $62.08 | 900,509 |
| | 11/14/2022 | $77.24 | 900,509 | | 11/14/2022 | $53.78 | 900,509 |
| | 12/12/2022 | $62.08 | 902,083 | | 12/12/2022 | $77.25 | 902,083 |
| | 12/12/2022 | $53.78 | 902,083 | | 01/09/2023 | $77.24 | 903,573 |
| | 01/09/2023 | $62.07 | 903,573 | | 01/09/2023 | $53.78 | 903,573 |
| | 02/13/2023 | $62.08 | 905,079 | | 02/13/2023 | $77.24 | 905,079 |
| | 02/13/2023 | $53.78 | 905,079 | | 03/13/2023 | $53.78 | 906,694 |
| | 03/13/2023 | $62.07 | 906,694 | | 03/13/2023 | $77.24 | 906,694 |
| | 04/17/2023 | $62.08 | 908,260 | | 04/17/2023 | $77.25 | 908,260 |
| | 04/17/2023 | $53.78 | 908,260 | | 05/15/2023 | $77.24 | 909,900 |
| | 05/15/2023 | $62.08 | 909,900 | | 05/15/2023 | $53.78 | 909,900 |
| | 06/12/2023 | $61.42 | 911,355 | | 06/12/2023 | $76.42 | 911,355 |
| | 06/12/2023 | $53.21 | 911,355 | | 07/17/2023 | $61.42 | 912,872 |
| | 07/17/2023 | $76.42 | 912,872 | | 07/17/2023 | $53.21 | 912,872 |
| | 08/14/2023 | $61.40 | 914,392 | | 08/14/2023 | $76.44 | 914,392 |
| | 08/14/2023 | $53.22 | 914,392 | | 09/18/2023 | $76.41 | 915,886 |
| | 09/18/2023 | $61.43 | 915,886 | | 09/18/2023 | $53.20 | 915,886 |
| | 10/16/2023 | $61.42 | 917,387 | | 10/16/2023 | $76.44 | 917,387 |
| | 10/16/2023 | $53.22 | 917,387 | | 11/13/2023 | $52.36 | 918,813 |
| | 11/13/2023 | $60.43 | 918,813 | | 11/13/2023 | $75.20 | 918,813 |
| | 12/11/2023 | $60.43 | 920,236 | | 12/11/2023 | $75.19 | 920,236 |
| | 12/11/2023 | $52.35 | 920,236 | | 01/08/2024 | $75.20 | 921,632 |
| | 01/08/2024 | $60.43 | 921,632 | | 01/08/2024 | $52.36 | 921,632 |
| | 02/12/2024 | $47.75 | 922,963 | | 02/12/2024 | $59.40 | 922,963 |
| | 02/12/2024 | $41.36 | 922,963 | | 03/11/2024 | $75.21 | 924,426 |
| | 03/11/2024 | $60.43 | 924,426 | | 03/11/2024 | $52.34 | 924,426 |
| | 04/15/2024 | $75.20 | 925,842 | | 04/15/2024 | $52.37 | 925,842 |
| | 04/15/2024 | $60.43 | 925,842 | | 05/10/2024 | $75.19 | 927,335 |
| | 05/10/2024 | $52.36 | 927,335 | | 05/10/2024 | $60.44 | 927,335 |
| | 06/17/2024 | $75.20 | 928,705 | | 06/17/2024 | $60.43 | 928,705 |
| | 06/17/2024 | $52.36 | 928,705 | | 07/15/2024 | $75.21 | 930,205 |
| | 07/15/2024 | $60.43 | 930,205 | | 07/15/2024 | $52.35 | 930,205 |
| | 08/19/2024 | $62.41 | 931,603 | | 08/19/2024 | $77.64 | 931,603 |
| | 08/19/2024 | $54.06 | 931,603 | | 09/16/2024 | $77.65 | 933,088 |
| | 09/16/2024 | $62.40 | 933,088 | | 09/16/2024 | $54.06 | 933,088 |
| | 10/21/2024 | $77.66 | 934,445 | | 10/21/2024 | $54.07 | 934,445 |
| | 10/21/2024 | $62.41 | 934,445 | | 11/18/2024 | $76.83 | 935,937 |
| | 11/18/2024 | $61.75 | 935,937 | | 11/18/2024 | $53.49 | 935,937 |
| | 12/16/2024 | $76.83 | 937,315 | | 12/16/2024 | $53.50 | 937,315 |
| | 12/16/2024 | $61.74 | 937,315 | | | | |

**Chapter 13 Case # 20-18560**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 06/20/2022 | $347.69 | 8,002,892 | | 07/18/2022 | $383.13 | 8,002,950 |
| | 08/15/2022 | $383.12 | 8,002,997 | | 09/19/2022 | $383.13 | 8,003,048 |
| | 10/17/2022 | $306.40 | 8,003,103 | | 11/14/2022 | $375.19 | 8,003,148 |
| | 12/12/2022 | $375.18 | 8,003,201 | | 01/09/2023 | $375.18 | 8,003,257 |
| | 02/13/2023 | $375.19 | 8,003,309 | | 03/13/2023 | $375.18 | 8,003,367 |
| | 04/17/2023 | $375.19 | 8,003,414 | | 05/15/2023 | $375.18 | 8,003,472 |
| | 06/12/2023 | $371.21 | 8,003,529 | | 07/17/2023 | $371.21 | 8,003,582 |
| | 08/14/2023 | $371.20 | 8,003,637 | | 09/18/2023 | $371.22 | 8,003,690 |
| | 10/16/2023 | $371.19 | 8,003,749 | | 11/13/2023 | $365.26 | 8,003,806 |
| | 12/11/2023 | $365.29 | 8,003,859 | | 01/08/2024 | $365.26 | 8,003,906 |
| | 02/12/2024 | $288.53 | 8,003,947 | | 03/11/2024 | $365.25 | 8,003,991 |
| | 04/15/2024 | $365.25 | 8,004,035 | | 05/10/2024 | $365.27 | 8,004,082 |
| | 06/17/2024 | $365.26 | 8,004,126 | | 07/15/2024 | $365.24 | 8,004,169 |
| | 08/19/2024 | $377.18 | 8,004,210 | | 09/16/2024 | $377.17 | 8,004,251 |
| | 10/21/2024 | $377.17 | 8,004,295 | | 11/18/2024 | $373.19 | 8,004,336 |
| | 12/16/2024 | $373.19 | 8,004,376 | | | | |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 06/20/2022 | $38.29 | 892,133 | | 07/18/2022 | $42.19 | 893,894 |
| | 08/15/2022 | $42.20 | 895,463 | | 09/19/2022 | $42.19 | 897,033 |
| | 10/17/2022 | $33.74 | 898,733 | | 11/14/2022 | $41.33 | 900,306 |
| | 12/12/2022 | $41.31 | 901,889 | | 01/09/2023 | $41.32 | 903,382 |
| | 02/13/2023 | $41.32 | 904,884 | | 03/13/2023 | $41.32 | 906,514 |
| | 04/17/2023 | $41.31 | 908,067 | | 05/15/2023 | $41.32 | 909,738 |
| | 06/12/2023 | $40.88 | 911,190 | | 07/17/2023 | $40.88 | 912,714 |
| | 08/14/2023 | $40.89 | 914,242 | | 09/18/2023 | $40.87 | 915,727 |
| | 10/16/2023 | $40.89 | 917,244 | | 11/13/2023 | $40.23 | 918,667 |
| | 12/11/2023 | $40.22 | 920,102 | | 01/08/2024 | $40.23 | 921,510 |
| | 02/12/2024 | $31.77 | 922,839 | | 03/11/2024 | $40.23 | 924,308 |
| | 04/15/2024 | $40.22 | 925,719 | | 05/10/2024 | $40.23 | 927,223 |
| | 06/17/2024 | $40.22 | 928,585 | | 07/15/2024 | $40.23 | 930,104 |
| | 08/19/2024 | $41.54 | 931,497 | | 09/16/2024 | $41.54 | 932,996 |
| | 10/21/2024 | $41.53 | 934,351 | | 11/18/2024 | $41.10 | 935,848 |
| | 12/16/2024 | $41.10 | 937,229 | | | | |
| T MOBILE/T-MOBILE USA INC | | | | | | | |
| | 06/20/2022 | $38.52 | 893,532 | | 07/18/2022 | $42.45 | 895,157 |
| | 08/15/2022 | $42.45 | 896,709 | | 09/19/2022 | $42.45 | 898,377 |
| | 10/17/2022 | $33.95 | 899,998 | | 11/14/2022 | $41.56 | 901,568 |
| | 12/12/2022 | $41.57 | 903,101 | | 01/09/2023 | $41.57 | 904,595 |
| | 02/13/2023 | $41.57 | 906,161 | | 03/13/2023 | $41.57 | 907,752 |
| | 04/17/2023 | $41.55 | 909,403 | | 05/15/2023 | $41.57 | 910,914 |
| | 06/12/2023 | $41.14 | 912,417 | | 07/17/2023 | $41.13 | 913,942 |
| | 08/14/2023 | $41.12 | 915,409 | | 09/18/2023 | $41.13 | 916,950 |
| | 10/16/2023 | $41.13 | 918,380 | | 11/13/2023 | $40.47 | 919,825 |
| | 12/11/2023 | $40.46 | 921,239 | | 01/08/2024 | $40.47 | 922,588 |
| | 02/12/2024 | $31.97 | 924,016 | | 03/11/2024 | $40.47 | 925,442 |
| | 04/15/2024 | $40.47 | 926,941 | | 05/10/2024 | $40.46 | 928,313 |
| | 06/17/2024 | $40.47 | 929,823 | | 07/15/2024 | $40.48 | 931,203 |
| | 08/19/2024 | $41.78 | 932,702 | | 09/16/2024 | $41.79 | 934,078 |
| | 10/21/2024 | $41.78 | 935,578 | | 11/18/2024 | $41.36 | 936,981 |
| | 12/16/2024 | $41.34 | 938,392 | | | | |

Case 20-18560-SLM    Doc 73    Filed 01/18/25    Entered 01/18/25 13:19:56    Desc Main
Document    Page 6 of 7

**Chapter 13 Case # 20-18560**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 06/20/2022 | $18.55 | 892,345 | | 07/18/2022 | $20.43 | 894,092 |
| | 08/15/2022 | $20.45 | 895,655 | | 09/19/2022 | $20.43 | 897,242 |
| | 10/17/2022 | $16.35 | 898,919 | | 11/14/2022 | $20.01 | 900,485 |
| | 12/12/2022 | $20.02 | 902,058 | | 01/09/2023 | $20.01 | 903,549 |
| | 02/13/2023 | $20.01 | 905,053 | | 03/13/2023 | $20.02 | 906,668 |
| | 04/17/2023 | $20.02 | 908,233 | | 05/15/2023 | $20.01 | 909,876 |
| | 06/12/2023 | $19.80 | 911,334 | | 07/17/2023 | $19.80 | 912,850 |
| | 08/14/2023 | $19.81 | 914,370 | | 09/18/2023 | $19.80 | 915,865 |
| | 10/16/2023 | $19.80 | 917,368 | | 11/13/2023 | $19.49 | 918,795 |
| | 12/11/2023 | $19.48 | 920,215 | | 01/08/2024 | $19.49 | 921,617 |
| | 02/12/2024 | $15.39 | 922,943 | | 03/11/2024 | $19.49 | 924,409 |
| | 04/15/2024 | $19.48 | 925,824 | | 05/10/2024 | $19.49 | 927,317 |
| | 06/17/2024 | $19.48 | 928,688 | | 07/15/2024 | $19.48 | 930,191 |
| | 08/19/2024 | $20.13 | 931,589 | | 09/16/2024 | $20.12 | 933,073 |
| | 10/21/2024 | $20.12 | 934,432 | | 11/18/2024 | $19.91 | 935,923 |
| | 12/16/2024 | $19.91 | 937,304 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,402.38 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,469.72 | 100.00% | 1,467.53 | 2.19 |
| 0002 | MANUFACTURERS AND TRADERS TRUST | MORTGAGE ARR | 19,578.67 | 100.00% | 19,578.67 | 0.00 |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 11,765.04 | 100.00% | 11,747.50 | 17.54 |
| 0004 | CREDENCE RESOURCE MANAGEMENT, I | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | DISCOVER BANK | UNSECURED | 4,892.27 | 100.00% | 4,884.98 | 7.29 |
| 0006 | ENHANCED RECOVERY CORP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 2,117.03 | 100.00% | 2,113.87 | 3.16 |
| 0008 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,422.19 | 100.00% | 2,418.58 | 3.61 |
| 0009 | SAVIT COLLECTION AGENCY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | SANTANDER CONSUMER USA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | QUANTUM3 GROUP LLC | UNSECURED | 1,295.67 | 100.00% | 1,293.74 | 1.93 |
| 0012 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | YAMAHA FINANCIAL SERVICES | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | YENIFER ALICEA | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | ENHANCED RECOVERY CORP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,946.58 | 100.00% | 1,943.68 | 2.90 |
| 0019 | SANTANDER CONSUMER USA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | CAVALRY SPV I LLC | UNSECURED | 1,144.73 | 100.00% | 1,143.02 | 1.71 |
| 0021 | T MOBILE/T-MOBILE USA INC | UNSECURED | 1,303.49 | 100.00% | 1,301.55 | 1.94 |
| 0022 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,686.43 | 100.00% | 1,683.92 | 2.51 |
| 0023 | UNION COUNTY PROBATION DIVISION/C | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | NJ FAMILY SUPPORT PAYMENT CENTER | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 627.62 | 100.00% | 626.68 | 0.94 |
| 0026 | MANUFACTURERS AND TRADERS TRUST | (NEW) MTG Agree | 1,281.00 | 100.00% | 1,281.00 | 0.00 |

Total Paid: $54,887.10
See Summary

**Chapter 13 Case # 20-18560**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $54,825.00     -     Paid to Claims: $51,484.72     -     Admin Costs Paid: $3,402.38     =     Funds on Hand: $972.90

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.