Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF FEBRUARY 11, 2025

**Chapter 13 Case # 20-18560**

Re:   MIGUEL A PEREZ-FLEITAS  
      1125 MONMOUTH AVE  
      LINDEN, NJ  07036

Atty:  CABANILLAS & ASSOCIATES, PC  
       120 BLOOMINGDALE ROAD  
       SUITE 400  
       WHITE PLAINS, NY  10605

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

### RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/10/2020 | $1,020.00 | | 09/10/2020 | $1,020.00 | |
| 10/07/2020 | $1,020.00 | | 11/09/2020 | $1,035.00 | |
| 12/17/2020 | $1,035.00 | 2018560-9105243985 | 01/25/2021 | $1,035.00 | 9105244087 |
| 02/17/2021 | $1,035.00 | 9105278218 | 03/09/2021 | $1,035.00 | 9105256493 |
| 04/13/2021 | $1,035.00 | 9105439153 | 05/18/2021 | $1,035.00 | 9105472108 |
| 06/22/2021 | $1,035.00 | 9105472240 | 07/20/2021 | $1,035.00 | 9105439362 |
| 08/17/2021 | $1,000.00 | 27308071023 | 08/17/2021 | $35.00 | 27308071034 |
| 09/15/2021 | $1,035.00 | 9105599603 | 10/14/2021 | $1,035.00 | 9105647354 |
| 11/16/2021 | $1,050.00 | 9105593870 | 12/21/2021 | $1,035.00 | 9105743413 |
| 01/20/2022 | $1,035.00 | 9105743522 | 02/15/2022 | $1,035.00 | 9105743640 |
| 03/14/2022 | $35.00 | 27728766393 | 03/14/2022 | $1,000.00 | 27728766404 |
| 04/12/2022 | $35.00 | 27728795226 | 04/12/2022 | $1,000.00 | 27728795215 |
| 05/17/2022 | $1,000.00 | 27987005586 | 05/17/2022 | $35.00 | 27987005575 |
| 06/15/2022 | $1,035.00 | 9106085215 | 07/15/2022 | $1,035.00 | 9106085327 |
| 08/16/2022 | $1,035.00 | 9106008238 | 09/21/2022 | $35.00 | 27987015341 |
| 09/21/2022 | $1,000.00 | 27987015352 | 10/14/2022 | $500.00 | 108694702370 |
| 10/14/2022 | $35.00 | 108694702380 | 10/14/2022 | $500.00 | 108694702369 |
| 11/14/2022 | $1,035.00 | 9106064509 | 12/13/2022 | $1,035.00 | 9106077604 |
| 01/11/2023 | $1,035.00 | 9106077729 | 02/14/2023 | $1,000.00 | 28581027535 |
| 02/14/2023 | $35.00 | 28581027546 | 03/14/2023 | $1,035.00 | 9106199141 |
| 04/11/2023 | $1,035.00 | 9106213321 | 05/16/2023 | $1,035.00 | 9106213468 |
| 06/13/2023 | $1,035.00 | 9106309429 | 07/12/2023 | $1,035.00 | 9106315919 |
| 08/15/2023 | $1,035.00 | 9106308975 | 09/14/2023 | $1,035.00 | 9106309086 |
| 10/17/2023 | $1,035.00 | 9106398025 | 11/14/2023 | $500.00 | 19506041632 |
| 11/14/2023 | $535.00 | 29084920558 | 12/19/2023 | $1,035.00 | 9106483891 |
| 01/23/2024 | $1,035.00 | 9106484048 | 02/14/2024 | $1,035.00 | 9106603598 |
| 03/13/2024 | $1,035.00 | 9106609992 | 04/16/2024 | $1,035.00 | 9106422848 |
| 05/14/2024 | $1,035.00 | 9106663882 | 06/14/2024 | $1,035.00 | 9106703633 |
| 07/16/2024 | $1,035.00 | 9106783392 | 08/12/2024 | $1,035.00 | 9106783558 |
| 09/17/2024 | $1,035.00 | 9106838302 | 10/22/2024 | $1,035.00 | 9814526038 |
| 11/19/2024 | $1,035.00 | 1986722548 | 12/18/2024 | $1,035.00 | 1986722724 |

**Chapter 13 Case # 20-18560**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/15/2025 | $1,035.00 | 1986722878 | | | |

**Total Receipts: $55,860.00 - Amount Refunded to Debtor: $986.36 = Receipts Applied to Plan: $54,873.64**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,343.20 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,469.72 | 100.00% | 1,469.72 | 0.00 |
| 0002 | MANUFACTURERS AND TRADERS TRUST | MORTGAGE ARR | 19,578.67 | 100.00% | 19,578.67 | 0.00 |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 11,765.04 | 100.00% | 11,765.04 | 0.00 |
| 0004 | CREDENCE RESOURCE MANAGEMENT, I | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | DISCOVER BANK | UNSECURED | 4,892.27 | 100.00% | 4,892.27 | 0.00 |
| 0006 | ENHANCED RECOVERY CORP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 2,117.03 | 100.00% | 2,117.03 | 0.00 |
| 0008 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,422.19 | 100.00% | 2,422.19 | 0.00 |
| 0009 | SAVIT COLLECTION AGENCY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | SANTANDER CONSUMER USA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | QUANTUM3 GROUP LLC | UNSECURED | 1,295.67 | 100.00% | 1,295.67 | 0.00 |
| 0012 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | YAMAHA FINANCIAL SERVICES | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | YENIFER ALICEA | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | ENHANCED RECOVERY CORP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,946.58 | 100.00% | 1,946.58 | 0.00 |
| 0019 | SANTANDER CONSUMER USA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | CAVALRY SPV I LLC | UNSECURED | 1,144.73 | 100.00% | 1,144.73 | 0.00 |
| 0021 | T MOBILE/T-MOBILE USA INC | UNSECURED | 1,303.49 | 100.00% | 1,303.49 | 0.00 |
| 0022 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,686.43 | 100.00% | 1,686.43 | 0.00 |
| 0023 | UNION COUNTY PROBATION DIVISION/C | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | NJ FAMILY SUPPORT PAYMENT CENTER | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 627.62 | 100.00% | 627.62 | 0.00 |
| 0026 | MANUFACTURERS AND TRADERS TRUST | (NEW) MTG Agree | 1,281.00 | 100.00% | 1,281.00 | 0.00 |

**Total Paid: $54,873.64**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 06/20/2022 | $43.43 | 892674 | 07/18/2022 | $47.86 | 894396 |
| | 08/15/2022 | $47.87 | 895970 | 09/19/2022 | $47.86 | 897567 |
| | 10/17/2022 | $38.28 | 899234 | 11/14/2022 | $46.87 | 900810 |
| | 12/12/2022 | $46.86 | 902366 | 01/09/2023 | $46.87 | 903848 |
| | 02/13/2023 | $46.87 | 905378 | 03/13/2023 | $46.87 | 906991 |
| | 04/17/2023 | $46.86 | 908577 | 05/15/2023 | $46.87 | 910198 |
| | 06/12/2023 | $46.38 | 911662 | 07/17/2023 | $46.37 | 913183 |
| | 08/14/2023 | $46.37 | 914701 | 09/18/2023 | $46.38 | 916197 |
| | 10/16/2023 | $46.37 | 917679 | 11/13/2023 | $45.63 | 919117 |
| | 12/11/2023 | $45.62 | 920534 | 01/08/2024 | $45.63 | 921917 |
| | 02/12/2024 | $36.05 | 923271 | 03/11/2024 | $45.63 | 924721 |
| | 04/15/2024 | $45.63 | 926160 | 05/10/2024 | $45.63 | 927631 |
| | 06/17/2024 | $45.63 | 929034 | 07/15/2024 | $45.63 | 930518 |
| | 08/19/2024 | $47.12 | 931933 | 09/16/2024 | $47.12 | 933393 |

**Chapter 13 Case # 20-18560**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 10/21/2024 | $47.10 | 934795 | | 11/18/2024 | $46.63 | 936275 |
| | 12/16/2024 | $46.62 | 937662 | | 01/13/2025 | $46.62 | 939105 |
| | 02/10/2025 | $2.19 | 940464 | | | | |
| CAVALRY SPV I LLC | | | | | | | |
| | 06/20/2022 | $33.83 | 892692 | | 07/18/2022 | $37.28 | 894412 |
| | 08/15/2022 | $37.28 | 895988 | | 09/19/2022 | $37.27 | 897586 |
| | 10/17/2022 | $29.82 | 899251 | | 11/14/2022 | $36.50 | 900826 |
| | 12/12/2022 | $36.50 | 902382 | | 01/09/2023 | $36.51 | 903864 |
| | 02/13/2023 | $36.51 | 905396 | | 03/13/2023 | $36.50 | 907011 |
| | 04/17/2023 | $36.50 | 908597 | | 05/15/2023 | $36.51 | 910212 |
| | 06/12/2023 | $36.12 | 911677 | | 07/17/2023 | $36.12 | 913198 |
| | 08/14/2023 | $36.12 | 914716 | | 09/18/2023 | $36.11 | 916210 |
| | 10/16/2023 | $36.13 | 917693 | | 11/13/2023 | $35.54 | 919135 |
| | 12/11/2023 | $35.53 | 920552 | | 01/08/2024 | $35.54 | 921930 |
| | 02/12/2024 | $28.08 | 923285 | | 03/11/2024 | $35.54 | 924736 |
| | 04/15/2024 | $35.54 | 926174 | | 05/10/2024 | $35.53 | 927647 |
| | 06/17/2024 | $35.54 | 929048 | | 07/15/2024 | $35.55 | 930533 |
| | 08/19/2024 | $36.69 | 931948 | | 09/16/2024 | $36.70 | 933406 |
| | 10/21/2024 | $36.70 | 934808 | | 11/18/2024 | $36.31 | 936290 |
| | 12/16/2024 | $36.31 | 937676 | | 01/13/2025 | $36.31 | 939118 |
| | 02/10/2025 | $1.71 | 940479 | | | | |
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 06/20/2022 | $62.57 | 892767 | | 07/18/2022 | $68.93 | 894478 |
| | 08/15/2022 | $68.94 | 896055 | | 09/19/2022 | $68.95 | 897662 |
| | 10/17/2022 | $55.13 | 899320 | | 11/14/2022 | $67.51 | 900900 |
| | 12/12/2022 | $67.51 | 902445 | | 01/09/2023 | $67.51 | 903934 |
| | 02/13/2023 | $67.51 | 905471 | | 03/13/2023 | $67.51 | 907080 |
| | 04/17/2023 | $67.52 | 908684 | | 05/15/2023 | $67.51 | 910284 |
| | 06/12/2023 | $66.80 | 911757 | | 07/17/2023 | $66.80 | 913278 |
| | 08/14/2023 | $66.78 | 914796 | | 09/18/2023 | $66.81 | 916292 |
| | 10/16/2023 | $66.79 | 917769 | | 11/13/2023 | $65.73 | 919216 |
| | 12/11/2023 | $65.72 | 920632 | | 01/08/2024 | $65.73 | 922009 |
| | 02/12/2024 | $51.92 | 923367 | | 03/06/2024 | ($65.72) | 920632 |
| | 03/06/2024 | $65.72 | 924266 | | 03/11/2024 | $65.73 | 924821 |
| | 04/15/2024 | $65.72 | 926258 | | 05/10/2024 | $65.72 | 927728 |
| | 06/17/2024 | $65.73 | 929141 | | 07/15/2024 | $65.72 | 930608 |
| | 08/19/2024 | $67.87 | 932033 | | 09/16/2024 | $67.87 | 933482 |
| | 10/21/2024 | $67.87 | 934892 | | 11/18/2024 | $67.15 | 936370 |
| | 12/16/2024 | $67.16 | 937749 | | 01/13/2025 | $67.15 | 939193 |
| | 02/10/2025 | $3.16 | 940548 | | | | |

**Chapter 13 Case # 20-18560**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | | |
| | 06/20/2022 | $144.58 | 892775 | | 07/18/2022 | $159.32 | 894487 |
| | 08/15/2022 | $159.31 | 896062 | | 09/19/2022 | $159.32 | 897670 |
| | 10/17/2022 | $127.41 | 899327 | | 11/14/2022 | $156.01 | 900907 |
| | 12/12/2022 | $156.02 | 902451 | | 01/09/2023 | $156.01 | 903939 |
| | 02/13/2023 | $156.01 | 905477 | | 03/13/2023 | $156.01 | 907088 |
| | 04/17/2023 | $156.02 | 908693 | | 05/15/2023 | $156.01 | 910293 |
| | 06/12/2023 | $154.36 | 911766 | | 07/17/2023 | $154.36 | 913286 |
| | 08/14/2023 | $154.36 | 914804 | | 09/18/2023 | $154.37 | 916299 |
| | 10/16/2023 | $154.35 | 917776 | | 11/13/2023 | $151.88 | 919223 |
| | 12/11/2023 | $151.90 | 920638 | | 01/08/2024 | $151.89 | 922014 |
| | 02/12/2024 | $119.98 | 923373 | | 03/11/2024 | $151.89 | 924827 |
| | 04/15/2024 | $151.88 | 926265 | | 05/10/2024 | $151.89 | 927736 |
| | 06/17/2024 | $151.88 | 929149 | | 07/15/2024 | $151.88 | 930614 |
| | 08/19/2024 | $156.84 | 932041 | | 09/16/2024 | $156.84 | 933491 |
| | 10/21/2024 | $156.83 | 934900 | | 11/18/2024 | $155.19 | 936379 |
| | 12/16/2024 | $155.19 | 937757 | | 01/13/2025 | $155.19 | 939202 |
| | 02/10/2025 | $7.29 | 940556 | | | | |
| MANUFACTURERS AND TRADERS TRUST COMP | | | | | | | |
| | 04/18/2022 | $804.45 | 889150 | | 04/18/2022 | $194.32 | 889150 |
| | 05/16/2022 | $194.31 | 890864 | | 05/16/2022 | $804.46 | 890864 |
| | 06/20/2022 | $74.38 | 892537 | | 06/20/2022 | $17.97 | 892537 |
| | 10/17/2022 | $200.00 | 899094 | | 02/12/2024 | $200.00 | 923074 |
| MANUFACTURES AND TRADERS TRUST COMPANY | | | | | | | |
| | 12/21/2020 | $3,787.88 | 861342 | | 01/11/2021 | $926.23 | 863146 |
| | 01/11/2021 | $31.15 | 863146 | | 02/22/2021 | $31.15 | 864789 |
| | 02/22/2021 | $926.23 | 864789 | | 03/15/2021 | $926.23 | 866667 |
| | 03/15/2021 | $31.15 | 866667 | | 04/19/2021 | $31.15 | 868313 |
| | 04/19/2021 | $926.23 | 868313 | | 05/17/2021 | $926.23 | 870228 |
| | 05/17/2021 | $31.15 | 870228 | | 06/21/2021 | $31.65 | 872013 |
| | 06/21/2021 | $941.25 | 872013 | | 07/19/2021 | $941.25 | 873822 |
| | 07/19/2021 | $31.65 | 873822 | | 08/16/2021 | $31.65 | 875507 |
| | 08/16/2021 | $941.25 | 875507 | | 09/20/2021 | $941.25 | 877230 |
| | 09/20/2021 | $31.65 | 877230 | | 10/18/2021 | $31.65 | 879015 |
| | 10/18/2021 | $941.25 | 879015 | | 11/17/2021 | $951.26 | 880711 |
| | 11/17/2021 | $31.99 | 880711 | | 12/13/2021 | $32.45 | 882344 |
| | 12/13/2021 | $965.05 | 882344 | | 01/10/2022 | $951.26 | 884002 |
| | 01/10/2022 | $31.99 | 884002 | | 02/14/2022 | $31.99 | 885685 |
| | 02/14/2022 | $951.26 | 885685 | | 03/14/2022 | $951.27 | 887397 |
| | 03/14/2022 | $31.98 | 887397 | | | | |

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MIDLAND CREDIT MANAGEMENT INC | | | | | | |
| | 06/20/2022 | $49.84 | 892374 | 06/20/2022 | $71.58 | 892374 |
| | 06/20/2022 | $57.53 | 892374 | 07/18/2022 | $63.39 | 894119 |
| | 07/18/2022 | $78.88 | 894119 | 07/18/2022 | $54.92 | 894119 |
| | 08/15/2022 | $54.92 | 895685 | 08/15/2022 | $78.88 | 895685 |
| | 08/15/2022 | $63.39 | 895685 | 09/19/2022 | $63.39 | 897269 |
| | 09/19/2022 | $78.88 | 897269 | 09/19/2022 | $54.91 | 897269 |
| | 10/17/2022 | $43.92 | 898944 | 10/17/2022 | $63.08 | 898944 |
| | 10/17/2022 | $50.69 | 898944 | 11/14/2022 | $62.08 | 900509 |
| | 11/14/2022 | $77.24 | 900509 | 11/14/2022 | $53.78 | 900509 |
| | 12/12/2022 | $53.78 | 902083 | 12/12/2022 | $77.25 | 902083 |
| | 12/12/2022 | $62.08 | 902083 | 01/09/2023 | $62.07 | 903573 |
| | 01/09/2023 | $77.24 | 903573 | 01/09/2023 | $53.78 | 903573 |
| | 02/13/2023 | $53.78 | 905079 | 02/13/2023 | $77.24 | 905079 |
| | 02/13/2023 | $62.08 | 905079 | 03/13/2023 | $62.07 | 906694 |
| | 03/13/2023 | $77.24 | 906694 | 03/13/2023 | $53.78 | 906694 |
| | 04/17/2023 | $53.78 | 908260 | 04/17/2023 | $77.25 | 908260 |
| | 04/17/2023 | $62.08 | 908260 | 05/15/2023 | $62.08 | 909900 |
| | 05/15/2023 | $77.24 | 909900 | 05/15/2023 | $53.78 | 909900 |
| | 06/12/2023 | $53.21 | 911355 | 06/12/2023 | $76.42 | 911355 |
| | 06/12/2023 | $61.42 | 911355 | 07/17/2023 | $61.42 | 912872 |
| | 07/17/2023 | $76.42 | 912872 | 07/17/2023 | $53.21 | 912872 |
| | 08/14/2023 | $53.22 | 914392 | 08/14/2023 | $76.44 | 914392 |
| | 08/14/2023 | $61.40 | 914392 | 09/18/2023 | $61.43 | 915886 |
| | 09/18/2023 | $76.41 | 915886 | 09/18/2023 | $53.20 | 915886 |
| | 10/16/2023 | $53.22 | 917387 | 10/16/2023 | $76.44 | 917387 |
| | 10/16/2023 | $61.42 | 917387 | 11/13/2023 | $60.43 | 918813 |
| | 11/13/2023 | $75.20 | 918813 | 11/13/2023 | $52.36 | 918813 |
| | 12/11/2023 | $52.35 | 920236 | 12/11/2023 | $75.19 | 920236 |
| | 12/11/2023 | $60.43 | 920236 | 01/08/2024 | $60.43 | 921632 |
| | 01/08/2024 | $75.20 | 921632 | 01/08/2024 | $52.36 | 921632 |
| | 02/12/2024 | $41.36 | 922963 | 02/12/2024 | $59.40 | 922963 |
| | 02/12/2024 | $47.75 | 922963 | 03/11/2024 | $60.43 | 924426 |
| | 03/11/2024 | $75.21 | 924426 | 03/11/2024 | $52.34 | 924426 |
| | 04/15/2024 | $52.37 | 925842 | 04/15/2024 | $75.20 | 925842 |
| | 04/15/2024 | $60.43 | 925842 | 05/10/2024 | $60.44 | 927335 |
| | 05/10/2024 | $75.19 | 927335 | 05/10/2024 | $52.36 | 927335 |
| | 06/17/2024 | $52.36 | 928705 | 06/17/2024 | $75.20 | 928705 |
| | 06/17/2024 | $60.43 | 928705 | 07/15/2024 | $60.43 | 930205 |
| | 07/15/2024 | $75.21 | 930205 | 07/15/2024 | $52.35 | 930205 |
| | 08/19/2024 | $54.06 | 931603 | 08/19/2024 | $77.64 | 931603 |
| | 08/19/2024 | $62.41 | 931603 | 09/16/2024 | $62.40 | 933088 |
| | 09/16/2024 | $77.65 | 933088 | 09/16/2024 | $54.06 | 933088 |
| | 10/21/2024 | $54.07 | 934445 | 10/21/2024 | $77.66 | 934445 |
| | 10/21/2024 | $62.41 | 934445 | 11/18/2024 | $61.75 | 935937 |
| | 11/18/2024 | $76.83 | 935937 | 11/18/2024 | $53.49 | 935937 |
| | 12/16/2024 | $53.50 | 937315 | 12/16/2024 | $76.83 | 937315 |
| | 12/16/2024 | $61.74 | 937315 | 01/13/2025 | $61.75 | 938742 |
| | 01/13/2025 | $76.84 | 938742 | 01/13/2025 | $53.50 | 938742 |
| | 02/10/2025 | $2.51 | 940129 | 02/10/2025 | $2.90 | 940129 |
| | 02/10/2025 | $3.61 | 940129 | | | |

**Chapter 13 Case # 20-18560**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 06/20/2022 | $347.69 | 8002892 | | 07/18/2022 | $383.13 | 8002950 |
| | 08/15/2022 | $383.12 | 8002997 | | 09/19/2022 | $383.13 | 8003048 |
| | 10/17/2022 | $306.40 | 8003103 | | 11/14/2022 | $375.19 | 8003148 |
| | 12/12/2022 | $375.18 | 8003201 | | 01/09/2023 | $375.18 | 8003257 |
| | 02/13/2023 | $375.19 | 8003309 | | 03/13/2023 | $375.18 | 8003367 |
| | 04/17/2023 | $375.19 | 8003414 | | 05/15/2023 | $375.18 | 8003472 |
| | 06/12/2023 | $371.21 | 8003529 | | 07/17/2023 | $371.21 | 8003582 |
| | 08/14/2023 | $371.20 | 8003637 | | 09/18/2023 | $371.22 | 8003690 |
| | 10/16/2023 | $371.19 | 8003749 | | 11/13/2023 | $365.26 | 8003806 |
| | 12/11/2023 | $365.29 | 8003859 | | 01/08/2024 | $365.26 | 8003906 |
| | 02/12/2024 | $288.53 | 8003947 | | 03/11/2024 | $365.25 | 8003991 |
| | 04/15/2024 | $365.25 | 8004035 | | 05/10/2024 | $365.27 | 8004082 |
| | 06/17/2024 | $365.26 | 8004126 | | 07/15/2024 | $365.24 | 8004169 |
| | 08/19/2024 | $377.18 | 8004210 | | 09/16/2024 | $377.17 | 8004251 |
| | 10/21/2024 | $377.17 | 8004295 | | 11/18/2024 | $373.19 | 8004336 |
| | 12/16/2024 | $373.19 | 8004376 | | 01/13/2025 | $373.20 | 8004416 |
| | 02/10/2025 | $17.54 | 8004458 | | | | |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 06/20/2022 | $38.29 | 892133 | | 07/18/2022 | $42.19 | 893894 |
| | 08/15/2022 | $42.20 | 895463 | | 09/19/2022 | $42.19 | 897033 |
| | 10/17/2022 | $33.74 | 898733 | | 11/14/2022 | $41.33 | 900306 |
| | 12/12/2022 | $41.31 | 901889 | | 01/09/2023 | $41.32 | 903382 |
| | 02/13/2023 | $41.32 | 904884 | | 03/13/2023 | $41.32 | 906514 |
| | 04/17/2023 | $41.31 | 908067 | | 05/15/2023 | $41.32 | 909738 |
| | 06/12/2023 | $40.88 | 911190 | | 07/17/2023 | $40.88 | 912714 |
| | 08/14/2023 | $40.89 | 914242 | | 09/18/2023 | $40.87 | 915727 |
| | 10/16/2023 | $40.89 | 917244 | | 11/13/2023 | $40.23 | 918667 |
| | 12/11/2023 | $40.22 | 920102 | | 01/08/2024 | $40.23 | 921510 |
| | 02/12/2024 | $31.77 | 922839 | | 03/11/2024 | $40.23 | 924308 |
| | 04/15/2024 | $40.22 | 925719 | | 05/10/2024 | $40.23 | 927223 |
| | 06/17/2024 | $40.22 | 928585 | | 07/15/2024 | $40.23 | 930104 |
| | 08/19/2024 | $41.54 | 931497 | | 09/16/2024 | $41.54 | 932996 |
| | 10/21/2024 | $41.53 | 934351 | | 11/18/2024 | $41.10 | 935848 |
| | 12/16/2024 | $41.10 | 937229 | | 01/13/2025 | $41.10 | 938656 |
| | 02/10/2025 | $1.93 | 940050 | | | | |
| T MOBILE/T-MOBILE USA INC | | | | | | | |
| | 06/20/2022 | $38.52 | 893532 | | 07/18/2022 | $42.45 | 895157 |
| | 08/15/2022 | $42.45 | 896709 | | 09/19/2022 | $42.45 | 898377 |
| | 10/17/2022 | $33.95 | 899998 | | 11/14/2022 | $41.56 | 901568 |
| | 12/12/2022 | $41.57 | 903101 | | 01/09/2023 | $41.57 | 904595 |
| | 02/13/2023 | $41.57 | 906161 | | 03/13/2023 | $41.57 | 907752 |
| | 04/17/2023 | $41.55 | 909403 | | 05/15/2023 | $41.57 | 910914 |
| | 06/12/2023 | $41.14 | 912417 | | 07/17/2023 | $41.13 | 913942 |
| | 08/14/2023 | $41.12 | 915409 | | 09/18/2023 | $41.13 | 916950 |
| | 10/16/2023 | $41.13 | 918380 | | 11/13/2023 | $40.47 | 919825 |
| | 12/11/2023 | $40.46 | 921239 | | 01/08/2024 | $40.47 | 922588 |
| | 02/12/2024 | $31.97 | 924016 | | 03/11/2024 | $40.47 | 925442 |
| | 04/15/2024 | $40.47 | 926941 | | 05/10/2024 | $40.46 | 928313 |
| | 06/17/2024 | $40.47 | 929823 | | 07/15/2024 | $40.48 | 931203 |
| | 08/19/2024 | $41.78 | 932702 | | 09/16/2024 | $41.79 | 934078 |
| | 10/21/2024 | $41.78 | 935578 | | 11/18/2024 | $41.36 | 936981 |
| | 12/16/2024 | $41.34 | 938392 | | 01/13/2025 | $41.35 | 939818 |
| | 02/10/2025 | $1.94 | 941158 | | | | |

**Chapter 13 Case # 20-18560**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | |
| | 06/20/2022 | $18.55 | 892345 | 07/18/2022 | $20.43 | 894092 |
| | 08/15/2022 | $20.45 | 895655 | 09/19/2022 | $20.43 | 897242 |
| | 10/17/2022 | $16.35 | 898919 | 11/14/2022 | $20.01 | 900485 |
| | 12/12/2022 | $20.02 | 902058 | 01/09/2023 | $20.01 | 903549 |
| | 02/13/2023 | $20.01 | 905053 | 03/13/2023 | $20.02 | 906668 |
| | 04/17/2023 | $20.02 | 908233 | 05/15/2023 | $20.01 | 909876 |
| | 06/12/2023 | $19.80 | 911334 | 07/17/2023 | $19.80 | 912850 |
| | 08/14/2023 | $19.81 | 914370 | 09/18/2023 | $19.80 | 915865 |
| | 10/16/2023 | $19.80 | 917368 | 11/13/2023 | $19.49 | 918795 |
| | 12/11/2023 | $19.48 | 920215 | 01/08/2024 | $19.49 | 921617 |
| | 02/12/2024 | $15.39 | 922943 | 03/11/2024 | $19.49 | 924409 |
| | 04/15/2024 | $19.48 | 925824 | 05/10/2024 | $19.49 | 927317 |
| | 06/17/2024 | $19.48 | 928688 | 07/15/2024 | $19.48 | 930191 |
| | 08/19/2024 | $20.13 | 931589 | 09/16/2024 | $20.12 | 933073 |
| | 10/21/2024 | $20.12 | 934432 | 11/18/2024 | $19.91 | 935923 |
| | 12/16/2024 | $19.91 | 937304 | 01/13/2025 | $19.90 | 938729 |
| | 02/10/2025 | $0.94 | 940120 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: February 11, 2025.

Receipts: $54,873.64    -    Paid to Claims: $51,530.44    -    Admin Costs Paid: $3,343.20    =    Funds on Hand: $0.00

Unpaid Balance to Claims: $0.00    +    Unpaid Trustee Comp: $0.00    =    Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.